# Attachment A

## CERTIFICATION OF APPLE INC. CUSTODIAN OF RECORDS

I, Michael Souto, hereby declare:

1.        I am employed by Apple Inc. and my official title is Legal Specialist. I am a duly authorized Custodian of Records, or other qualified witness for Apple Inc. ("Apple") located in Cupertino, California.  As such I have the authority to certify these records, APL000001_APPLE_CONFIDENTIAL and APLiC000001_APPLE_CONFIDENTIAL through APLiC0000015_APPLE_CONFIDENTIAL produced June 29, 2023, in response to the legal process served on Apple on June 21, 2023.  I am authorized to submit this declaration on behalf of Apple.

2.        Each of the records produced is the original or a duplicate of the original record in the custody of Apple Inc.

3.        With respect to the records contained in APL000001_APPLE_CONFIDENTIAL, these records were:

    a.  made at or near the time by, or from information transmitted by, someone with knowledge or from a process or system that produces an accurate result, the accuracy of which is regularly verified by Apple;

    b.  kept in the course of a regularly conducted activity of Apple's business; and

    c.  made as part of a regular practice of the activity of Apple's business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

DATED:  June 20, 2023          **APPLE INC.**

By: /s/ Michael Souto
Name:  Michael Souto
Title:  Legal Specialist, Apple Inc.

**Reference number: D061623000574**
**Court case number: 2023R00962**
**Court or issuer: U.S. ATTORNEY'S OFFICE**
**Court case name: PRINTISS DUPREE**

Bank of America Legal Order

### DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) <u>Authority.</u> I, Michael Dougherty, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) <u>Records.</u> The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
    a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
    b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
    c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

| Account title: | Account ending in: | Document type: | Timeframe: |
|---|---|---|---|
| MISSION ENROUTE TRANSPORT LLC | 4078 | Debits, Statement Pages, Signature Card, ACH Details, IP Information, Video Surveilllance, Deposit w Offset | 11/2022-1/2023 |

3.) <u>Production.</u>
  X_____The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

OR

_____A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date: __June 21, 2023_____    Signature: __Michael Dougherty__    Digitally signed by Michael Dougherty
Date: 2023.06.21 07:07:53 -04'00'

**✲✲ Citizens**™

## CERTIFICATE OF AUTHENTICITY
## OF
## BUSINESS RECORDS

1.    I,  Nubelia Rego , the undersigned, declare that I am employed by /associated

with **Citizens Bank, N.A.** in the position of <u>Subpoena Summons Clerk</u> and by

reason of my position am authorized and qualified to make this declaration.

2.    I further declare that the documents attached hereto are original records or true

copies of records that were:

a.  made at or near the time of the occurrence of the matters described

in the documents, by (or from information transmitted by) a person

with knowledge of those matters;

b.  kept in the course of a regularly conducted business activity; and

c.  made by the said business activity as a regular practice.

3.    I further declare that the documents attached hereto constitute documents

responsive to the subpoena issued on  <u>June 13, 2023</u>  to **Citizens**

**Bank, N.A.,** which are in the actual or constructive possession,

custody or control of **Keeper of Records.**

Date of execution:  June 26, 2023

Place of execution:  Citizens Bank, N.A.

Signature:

Print Name:                     Nubelia Rego
Ref#  SP-5043

Jose Medina
Notary Public, State of Rhode Island
My Commission Expires 03/10/2026

## AFFIDAVIT OF CUSTODIAN OF RECORDS
{_Deborah M. Green/DMG Food Co_}

STATE OF _Ohio_)
                      ) SS:
COUNTY OF _Hamilton_)

I, Angela Fondeur, being duly cautioned and sworn, state and declare the following upon my personal knowledge:

1. I am a duly authorized custodian of records for First Financial Bank and have authority to certify the records of the bank.

2. I hereby certify that the records attached hereto (hereinafter the "Records") are true and accurate copies of records of _ **Deborah M. Green/DMG Food Co**_.

3. The Records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person of knowledge of those matters.

4. The Records were prepared in the ordinary course of business at or near the time of the act, condition or event described in the Records and were retained in the custody and control of First Financial Bank or by persons acting under its control.

5. It is the regular practice of First Financial Bank to make and keep memorandum, report, record or data compilation included within the Records.

AFFIANT FURTHER SAYETH NAUGHT.

Custodian of Records
First Financial Bank

STATE OF _OHIO_____)
                         ) SS:
COUNTY OF _Butler_____)

Subscribed to before me by ____Angela Fondeur____ as Custodian of Records of First Financial Bank this _22nd_ day of _June_____, 20_23_.

Notary Public

My Commission Expires:
_11/25/2023_

**SAMATHA M. SALYERS**
Notary Public
State of Ohio
Commission Exp. 11/25/2023

 First Merchants Bank

## CERTIFICATION OF BUSINESS RECORDS

**Case:** 2023R00962
**Subject(s):** DEBORAH M GREEN
**Internal ID:** 23-0147

The records attached are true and complete copies of original records generated by <u>First Merchants Bank</u>. These records were made in the course of a regularly conducted business activity, and were made at or near the time of the occurrence of the matters set forth, by or from information transmitted by a person with knowledge of those matters.  These records are kept in the course of a regularly conducted business activity, and were made by the regularly conducted business activity as a regular practice.

This certificate is made pursuant to Indiana Evidence Rules 803(6) and 902(9), and/or IC 34-43-1-5, by the custodian of the aforesaid records in lieu of the custodian's personal appearance.

 "I affirm, under the penalties for perjury, that the foregoing representations are true."

Dated: 06/20/2023

*Ashley Ewing*

Ashley Ewing



## CERTIFICATION OF BUSINESS RECORDS

**Case:** 2023R00962
**Subject(s):** DEBORAH M GREEN, DMG Food Co., JJF Construction LLC, Tracks Unlimited
**Internal ID:** 23-0147

The records attached are true and complete copies of original records generated by <u>First Merchants Bank</u>. These records were made in the course of a regularly conducted business activity, and were made at or near the time of the occurrence of the matters set forth, by or from information transmitted by a person with knowledge of those matters. These records are kept in the course of a regularly conducted business activity, and were made by the regularly conducted business activity as a regular practice.

This certificate is made pursuant to Indiana Evidence Rules 803(6) and 902(9), and/or IC 34-43-1-5, by the custodian of the aforesaid records in lieu of the custodian's personal appearance.

 "I affirm, under the penalties for perjury, that the foregoing representations are true."

Dated: 02/03/2025

*Ashley Ewing*

Ashley Ewing

GOV_089527

## CERTIFICATION OF DOMESTIC RECORDS
## OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to Fed. R. Evidence 902(11)

The undersigned declarant hereby declares, certifies, verifies or states the following:

1.  The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2.  The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as:

    DDA account xxxxxx7815
    DDA account xxxxxx7872

3.  The records are originals or duplicate copies of domestic (United States) business records;

4.  The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5.  The records were kept in the course of a regularly conducted business activity; and

6.  The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify or state, under penalty of perjury, that the foregoing is true and correct.*

*Donna Davis*
Signature of Declarant

Donna Davis
Printed Name

Senior Wire Transfer Specialist
Title

HomeTrust Bank
Company Name

330 Ridgefield Court Asheville NC 28806
Business Address

July 13, 2023, Completed #2 above on
Date of Declaration / Execution
February 4, 2025
*Donna Davis*

2023R00962, CN06

GOV_089620

**DECLARATION**

**Case No. : 2023R00962CN07;FGJ2201MIA**

Teresa Waggoner, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Transactions Specialist IV and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 6/30/23

By: *Teresa Waggoner*
    Teresa Waggoner
    Transactions Specialist IV
    JPMORGAN CHASE BANK, N.A.

SB1459080-F1

SUBP10a

GOV_000709

## CERTIFICATION OF DOMESTIC RECORDS
## OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to Fed. R. Evidence 902(11)

The undersigned declarant hereby declares, certifies, verifies or states the following:

1. The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as:

    Statements with all items, Signature Cards, KYC Profiles and IP Address records for: Samuel Andrews/Drewsamel Group LLC.  Account Numbers include xxx7936, xxx7951 and xxx7977

3. The records are originals or duplicate copies of domestic (United States) business records;

4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5. The records were kept in the course of a regularly conducted business activity; and

6. The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify or state, under penalty of perjury, that the foregoing is true and correct.*

Cara Dupray  Digitally signed by Cara Dupray
Date: 2025.02.13 15:01:04 -05'00'
_____
Signature of Declarant

Cara Dupray
_____
Printed Name

Operations Associate
_____
Title

M&T Bank
_____
Company Name

626 Commerce Drive Amherst, NY 14226
_____
Business Address

2/13/25
_____
Date of Declaration / Execution

2023R00962, CN08

# CERTIFICATION

I, Sadaya Smith, hereby certify that, to the best of my knowledge, information, and belief:

1.  I am a Records Custodian for PNC Bank, National Association, a national banking association ("PNC").

2.  As a Records Custodian, my responsibilities include identifying and authenticating records of PNC.

3.  Attached to this certification is a record(s) of PNC ("Record(s)"), further identified in the attached inventory.

4.  The Record(s) was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters (subject to any redactions I have made relating to certain Personal Identifiable Information); was kept in the course of a regularly conducted activity; and was made by the regularly conducted activity as a regular practice of PNC.

5.  I declare under penalty of perjury that the forgoing is true and correct.

Date: 6/26/2023

_____
Records Custodian



# INVENTORY

Prepared by:

Sadaya Smith
PNC Subpoena Processing
412-807-4030
Fax: 888-678-1472
Email: sadaya.smith@pnc.com

**Re: Jonathan Anderson**
**PNC Bank File:  2023-S0013526**

In response to your subpoena or other request for customer records,[1] PNC Bank has engaged in a search of bank records to identify responsive documents and/or information. Based on reasonable inquiry, to the best of PNC Bank's knowledge, information, and belief, following are the responsive documents:

| Name | Account Number | Documents Sent |
|---|---|---|
| SG Lux LTD | 4172356837 | Signature Card, Statements, Deposit |
| SG Lux LTD | 4172356829 | Signature Card, Statements, Deposit |
| No IP addresses found within the 45-day retention for any account. | | |

Please be advised that many records that are kept by PNC Bank are scheduled for destruction in the ordinary course of business. Because PNC Bank has provided you with copies of the enclosed records in response to your request, PNC Bank will no longer take any action to preserve the documents beyond the regularly scheduled destruction date.

**Notice to Recipient:** This correspondence is addressed to the attorney, office, or individual that sent the above-referenced request or legal process item to PNC Bank. The enclosed/attached documents may contain highly sensitive and confidential financial or personal information. Please ensure that the attached materials relate to the PNC Bank customer(s) whose information is subject to this request. If you have received these attachments in error, please return to, or advise, the sender immediately. The sender may instruct you to destroy the enclosures/attachments.

[1]Subject to and without waiving any additional objections, PNC objects to the subpoena insofar as the requests therein do not provide sufficient information to formulate a response; are overly burdensome, harassing, costly, overly broad, could be satisfied by other, less burdensome or expensive sources, or request information previously provided; are relevant to the claims/defenses at issue in the action; require the production of confidential, private, proprietary, and/or protected information; fail to provide reasonable parameters (such as custodians, phone numbers, search teams, etc.) to identify responsive electronically stored information; and/or require PNC to incur expenses without the issuing party agreeing to bear those expenses. PNC objects to the subpoena insofar as the requests therein would require production of materials in violation of applicable law or regulation, and/or protected by applicable privilege or immunity. PNC objects to the subpoena insofar as it provides insufficient time for PNC to formulate responses, does not comply with applicable law, and/or was not served in accordance with applicable law. PNC's responses are limited to information/documents presently known, reasonably obtainable, and within PNC's possession. PNC reserves the right to supplement its responses to the subpoena.

# CERTIFICATION

I, Sadaya Smith, hereby certify that, to the best of my knowledge, information, and belief:

1. I am a Records Custodian for PNC Bank, National Association, a national banking association ("PNC").

2. As a Records Custodian, my responsibilities include identifying and authenticating records of PNC.

3. Attached to this certification is a record(s) of PNC ("Record(s)"), further identified in the attached inventory.

4. The Record(s) was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters (subject to any redactions I have made relating to certain Personal Identifiable Information); was kept in the course of a regularly conducted activity; and was made by the regularly conducted activity as a regular practice of PNC.

5. I declare under penalty of perjury that the forgoing is true and correct.

Date: 6/26/2023

_____

Records Custodian



# INVENTORY

Prepared by:

Sadaya Smith
PNC Subpoena Processing
412-807-4030
Fax: 888-678-1472
Email: sadaya.smith@pnc.com

**Re: Jonathan Anderson**
**PNC Bank File:  2023-S0013526**

In response to your subpoena or other request for customer records,[1] PNC Bank has engaged in a search of bank records to identify responsive documents and/or information. Based on reasonable inquiry, to the best of PNC Bank's knowledge, information, and belief, following are the responsive documents:

| Name | Account Number | Documents Sent |
|------|---------------|----------------|
| SG Lux LTD | 4172356837 | Wires |
| SG Lux LTD | 4172356829 | Wires |
| DMG Food Co | 4163848012 | Wires |
| Above Sea Level LLC Account #2 | 5539272395 | Wire |
| FJ Cargo LLC | 4155898298 | Wires |
| Above Sea Level LLC | 5539272387 | Wire |
| No IP addresses found within the 45-day retention for any account. | | |

Please be advised that many records that are kept by PNC Bank are scheduled for destruction in the ordinary course of business. Because PNC Bank has provided you with copies of the enclosed records in response to your request, PNC Bank will no longer take any action to preserve the documents beyond the regularly scheduled destruction date.

**Notice to Recipient:** This correspondence is addressed to the attorney, office, or individual that sent the above-referenced request or legal process item to PNC Bank. The enclosed/attached documents may contain highly sensitive and confidential financial or personal information. Please ensure that the attached materials relate to the PNC Bank customer(s) whose information is subject to this request. If you have received these attachments in error, please return to, or advise, the sender immediately. The sender may instruct you to destroy the enclosures/attachments.

[1]Subject to and without waiving any additional objections, PNC objects to the subpoena insofar as the requests therein do not provide sufficient information to formulate a response; are overly burdensome, harassing, costly, overly broad, could be satisfied by other, less burdensome or expensive sources, or request information previously provided; are relevant to the claims/defenses at issue in the action; require the production of confidential, private, proprietary, and/or protected information; fail to provide reasonable parameters (such as custodians, phone numbers, search teams, etc.) to identify responsive electronically stored information; and/or require PNC to incur expenses without the issuing party agreeing to bear those expenses. PNC objects to the subpoena insofar as the requests therein would require production of materials in violation of applicable law or regulation, and/or protected by applicable privilege or immunity. PNC objects to the subpoena insofar as it provides insufficient time for PNC to formulate responses, does not comply with applicable law, and/or was not served in accordance with applicable law. PNC's responses are limited to information/documents presently known, reasonably obtainable, and within PNC's possession. PNC reserves the right to supplement its responses to the subpoena.

GOV_000853



**RE: TD Bank Reference Number: 233059**

## TD Bank Records Certification

The undersigned declarant hereby declares, certifies and verifies the following:

1. The declarant is a records custodian, or other qualified person, who can provide a written declaration regarding the records of regularly conducted business activity, which are the subject of this certification;

2. The records are original or a true copy of the original records in the custody of TD Bank;

3. The records were produced at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters;

4. The records were kept in the course of a regularly conducted business activity of TD Bank; and

5. The records were produced by TD Bank as a regular practice.

*I hereby declare, certify and verify, under penalty of perjury, that the foregoing is true and correct.*


*Tracey A. Jewell*

Tracey A. Jewell
Subpoena Compliance Investigator
Subpoena Team
TD Bank, N.A.


Date of Declaration/Execution:   7/14/2023


Internal

GOV_001034

**TD Bank**
**Subpoena Research for**
**ANDREWS, Samuel, ETC**

**Acct Owner:   DREWSAMEL GROUP LLC**
**EXPENSE ACCOUNT**

**Account Number:   CK 4413977393**                    **Scope Requested        09/06/2022 to 06/14/2023**

| Document | Comment | Provided or Not Provided | Reasons |
|---|---|---|---|
| Bank Affidavit | | Provided | |
| Signature Cards/Online Agreement | | Provided | |
| Corporate Resolutions | | Provided | |
| Business Opening Docs | | Provided | |
| POA / Trust Documents | | Not Provided | None Found |
| Statements | | Provided | |
| Deposit Tickets and Deposited Items | | Provided | |
| ATM's | | Provided | |
| Wires | | Provided | |
| Credit Memos | | Not Provided | None Found |
| Checks | | Not Provided | None Found |
| Withdrawal Tickets | | Provided | |
| Debit Memos | | Not Provided | None Found |
| Money Orders | | Not Provided | None Found |
| 1099's | | Not Provided | None Found |
| Email Address | drewsamelgroupllc@gmail.com | Provided | |
| Purchased Bank Checks | | Not Provided | None Found |
| IP Address | | Provided | |
| Credit Cards | | Not Provided | None Found |
| Loans | | Not Provided | None Found |

Internal

**Acct Owner:  DREWSAMEL GROUP LLC**
**SPENDING ACCOUNT**

**Account Number:  CK 4413977757**                    **Scope Requested        09/06/2022 to 06/14/2023**

| Document | Comment | Provided or Not Provided | Reasons |
|---|---|---|---|
| Bank Affidavit | | Provided | |
| Signature Cards/Online Agreement | | Provided | |
| Corporate Resolutions | | Provided | |
| Business Opening Docs | | Provided | |
| POA / Trust Documents | | Not Provided | None Found |
| Statements | | Provided | |
| Deposit Tickets and Deposited Items | | Provided | |
| ATM's | | Not Provided | None Found |
| Wires | | Not Provided | None Found |
| Credit Memos | | Not Provided | None Found |
| Checks | | Not Provided | None Found |
| Withdrawal Tickets | | Not Provided | None Found |
| Debit Memos | | Not Provided | None Found |
| Money Orders | | Not Provided | None Found |
| 1099's | | Not Provided | None Found |
| Email Address | drewsamelgroupllc@gmail.com | Provided | |
| Purchased Bank Checks | | Not Provided | None Found |
| IP Address | Already provided this account:4413977393 | Provided | |
| Credit Cards | | Not Provided | None Found |
| Loans | | Not Provided | None Found |

Internal

**Acct Owner:  DREWSAMEL GROUP LLC**
**B2B**

**Account Number:  CK 4413977997**                              **Scope Requested        09/06/2022 to 06/14/2023**

| Document | Comment | Provided or Not Provided | Reasons |
|---|---|---|---|
| Bank Affidavit | | Provided | |
| Signature Cards/Online Agreement | | Provided | |
| Corporate Resolutions | | Provided | |
| Business Opening Docs | | Provided | |
| POA / Trust Documents | | Not Provided | None Found |
| Statements | | Provided | |
| Deposit Tickets and Deposited Items | | Provided | |
| ATM's | | Not Provided | None Found |
| Wires | | Not Provided | None Found |
| Credit Memos | | Not Provided | None Found |
| Checks | | Not Provided | None Found |
| Withdrawal Tickets | | Not Provided | None Found |
| Debit Memos | | Not Provided | None Found |
| Money Orders | | Not Provided | None Found |
| 1099's | | Not Provided | None Found |
| Email Address | drewsamelgroupllc@gmail.com | Provided | |
| Purchased Bank Checks | | Not Provided | None Found |
| IP Address | Already provided this account:4413977393 | Provided | |
| Credit Cards | | Not Provided | None Found |
| Loans | | Not Provided | None Found |

GOV_001040

## CERTIFICATION OF DOMESTIC RECORDS
## OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to Fed. R. Evidence 902(11)

The undersigned declarant hereby declares, certifies, verifies or states the following:

1.  The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2.  The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as:

    Accounts ending x1198, 1201, 1728, 4685, 4693, 8658, 8666, 8674, 9387, 9395, 9409, Continue below:

3.  The records are originals or duplicate copies of domestic (United States) business records;

4.  The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5.  The records were kept in the course of a regularly conducted business activity; and

6.  The records were made by the regularly conducted business activity as a regular practice.

***I hereby declare, certify, verify or state, under penalty of perjury, that the foregoing is true and correct.***

2A. Certification Letter
CM10 Debit Card
Customer information
IP Address

_____
Signature of Declarant

Corina Eschenberg
Printed Name

FC legal fulfilment paralegal
Title

Truist Bank
Company Name

7455 Chancellor Drive Orlando, FL 32809
Business Address

02/13/2025
Date of Declaration / Execution

2023R00962 - 011

## CERTIFICATION OF DOMESTIC RECORDS
## OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to Fed. R. Evidence 902(11)

The undersigned declarant hereby declares, certifies, verifies or states the following:

1.    The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2.    The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as;

       *34361692*

3.    The records are originals or duplicate copies of domestic (United States) business records;

4.    The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5.    The records were kept in the course of a regularly conducted business activity; and

6.    The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify or state, under penalty of perjury, that the foregoing is true and correct.*

Signature of Declarant

Printed Name    *Nicole Rivera*

Title    *Research*

Company Name    *Thistco Bank*

Business Address    *1030 N. Ronald Reagan Blvd. Longwood, FL 32750*

Date of Declaration / Execution    *2/5/25*

LESLY JEAN-LOUIS
Notary Public · State of Florida
Commission # HH 263458
My Comm. Expires May 11, 2026
Bonded through National Notary Assn.

2023R00962, CN12

GOV_089623



Summons and Subpoenas Department
PO Box 1415 MAC #D1111-016
Charlotte, NC 28201
Voice: 480-724-2000

## BUSINESS RECORDS DECLARATION

I, Jeanine Porterfield, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order.  Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced.  I certify that the attached records:

A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C) The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 28193294

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Deposits with offsets | XXXXXX3052 | 2 | 2 |
| Checks/Debits | XXXXXX3060 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Statements | XXXXXX3052 | 17 | 17 |
| Deposits with offsets | XXXXXX3060 | 2 | 2 |
| Statements | XXXXXX5977 | 12 | 12 |
| Note to Client | | 0 | 0 |
| Unable to locate the following individual with the information provided, Jonathan Anderson. | | | |
| Wire Automated | XXXXXX3060 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Deposits with offsets | XXXXXX3086 | 11 | 11 |
| Checks/Debits | XXXXXX5977 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Signature Cards | XXXXXX5977 | 13 | 13 |
| Statements | XXXXXX3086 | 17 | 17 |
| Deposits with offsets | XXXXXX5977 | 7 | 7 |
| Wire Automated | XXXXXX5977 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Statements | XXXXXX3060 | 17 | 17 |

Case No: 28193294; Agency Case No: 2023R00962

GOV_001468

| | | | |
|---|---|---|---|
| Signature Cards | XXXXXX3052 | 6 | 6 |
| Wire Automated | XXXXXX3052 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Checks/Debits | XXXXXX3052 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Signature Cards | XXXXXX3060 | 6 | 6 |
| Wire Automated | XXXXXX3086 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Checks/Debits | XXXXXX3086 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Signature Cards | XXXXXX3086 | 6 | 6 |
| | Total Copies Delivered: | | 116 |

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of Florida that the foregoing is true and correct according to my knowledge and belief.   Executed on this 29th day of June, 2023, in the City of Charlotte, State of NORTH CAROLINA.

_____
Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons: Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s). If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 28193294; Agency Case No: 2023R00962

GOV_001469



February 5, 2025

**via e-mail only: scott.m.mcneil@hsi.dhs.gov & Quinshawna.Landon@usdoj.gov**

U.S. Department of Justice – Economic and Environmental Crimes
ATTN: Markenzy Lapointe, Esq., Quinshawna S. Landon, Esq. & SA Scott McNeil., HSI
JLK Federal Justice Building
99 Northeast Fourth Street
Miami, Florida 33132-3121

      RE:   *Federal Grand Jury – 22-01 (MIA)*
            Control No. 2023R00962, CN14

Dear Mr. McNeil,

     We are in receipt of the above-referenced Subpoena. The requested items are attached as follows:

Account ending in ***0088:
1. Signature Card
2. Account Summary
3. Statements
4. Receipt
5. Correspondence
6. Driver's License

Account ending in ***0138:
1. Signature Cards
2. Account Summary
3. Correspondence
4. Receipts
5. Check Images
6. Statements
7. Telephone Recording
8. Outgoing Wire

     I am the custodian of records and I certify that the attachments are true and accurate copies of documents as kept in the regular course of our business. Should you have any questions, please do not hesitate to reach out to me.

               Sincerely,

               Lauren J. Newsome
               Legal Operations and Support Paralegal
               Wright-Patt Credit Union
               (937) 912-7086
               (937) 912-8390 – Fax
               *legalsupport@wpcu.coop*

LJN
Attachments

GOV_089624

## CERTIFICATION OF DOMESTIC RECORDS
## OF REGULARLY CONDUCTED ACTIVITY
**Pursuant to Fed. R. Evidence 902(11)**

The undersigned declarant hereby declares, certifies, verifies or states the following:

1. The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as:

   *PDFs   Sent  via  email  on   6/29/2023*

3. The records are originals or duplicate copies of domestic (United States) business records;

4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5. The records were kept in the course of a regularly conducted business activity; and

6. The records were made by the regularly conducted business activity as a regular practice.

   ***I hereby declare, certify, verify or state, under penalty of perjury, that the foregoing is true and correct.***

   _____
   Signature of Declarant

   Printed Name **Lauren Newsome**
   **Paralegal**
   _____
   Title

   *WRIGHT PATT CREDIT UNION*
   Company Name  *3560  PENTAGON BLVD.*
   *BEAVERCREEK, OH  45431*
   Business Address
   *February 5, 2025*
   Date of Declaration / Execution

2023R00962 - 014

**CERTIFICATION OF BUSINESS RECORDS**

I, the undersigned, _Alexa Fernandes_, attest under penalty of perjury (or criminal punishment for false statement or false attestation) that I am employed by _Ionos Inc._ (business), and that my official title is _Paralegal_. I am custodian of records or otherwise familiar with the records for such business entity attached hereto. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of _Ionos Inc._ (business), and that I am authorized to certify the authenticity and accuracy of the records produced herewith consisting of _85_ pages.

    I further state that:

        1) all records attached to this certificate were made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters;

        2) such records were kept in the course of a regularly conducted business activity of _Ionos Inc._ (business); and

        3) such records were made by _Ionos Inc._ (business) as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_2-5-2025_
Date

_Alexa Fernandes_ (signature)
Signature

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, <u>Sergio Hernandez</u>, attest, under penalties of perjury by the laws
<i>Name</i>

of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in

this certification is true and correct.  I am employed by <u>Namechep, Inc.</u>
<i>Entity</i>

(hereinafter "the entity"), and my title is <u>Executie V.P.</u>.  I am qualified
<i>Title</i>

to authenticate the records attached hereto because I am familiar with how the records were

created, managed, stored, and  retrieved.  I state that the records attached hereto are true

duplicates of the original records in the custody of the provider.  The attached records consist of

<u>45 PDF pages and 49 Excel file of subscriber account information</u>.  I further state that:
<i>Generally describe records (pages/CDs or DVDs/megabytes)</i>

a.      all records attached to this certificate were made at or near the time of the

occurrence of the matter set forth by, or from information transmitted by, a person with

knowledge of those matters, they were kept in the ordinary course of the regularly conducted

business activity of the entity, and they were made by the entity as a regular practice; and

b.      such records were generated by the entity's electronic process or system that

produces an accurate result, to wit:

1.      the records were copied from electronic device(s), storage medium(s), or

file(s) in the custody of the entity in a manner to ensure that they are true duplicates of the

original records; and

2.      the process or system is regularly verified by the entity, and at all times

pertinent to the records certified here the process and system functioned properly and normally.

GOV_089627

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

July 24, 2023
Date

Signature

GOV_089628

### CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _David Suzuki_____, attest, under penalties of perjury by the laws
<span style="font-style: italic; font-size: smaller;">Name</span>

of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in

this certification is true and correct.  I am employed by _APM Terminals North America, Inc._
<span style="font-style: italic; font-size: smaller;">Entity</span>

(hereinafter "the entity"), and my title is _Senior Counsel.   I am qualified
<span style="font-style: italic; font-size: smaller;">Title</span>

to authenticate the records attached hereto because I am familiar with how the records were

created, managed, stored, and  retrieved.  I state that the records attached hereto are true

duplicates of the original records in the custody of the provider.  The attached records consist

of  __original .msg files (emails) and attachments_____.  I further state that:
<span style="font-style: italic; font-size: smaller;">Generally describe records (pages/CDs or DVDs/megabytes)</span>

a.        all records attached to this certificate were made at or near the time of the

occurrence of the matter set forth by, or from information transmitted by, a person with

knowledge of those matters, they were kept in the ordinary course of the regularly conducted

business activity of the entity, and they were made by the entity as a regular practice; and

b.        such records were generated by the entity's electronic process or system that

produces an accurate result, to wit:

1.        the records were copied from electronic device(s), storage medium(s), or

file(s) in the custody of the entity in a manner to ensure that they are true duplicates of the

original records; and

2.        the process or system is regularly verified by the entity, and at all times

pertinent to the records certified here the process and system functioned properly and normally.

GOV_001902

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

June 30, 2023

Date

Signature

GOV_001903

# Google

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

06/28/23

Special Agent Scott McNeil
Department of Homeland Security
1700 North State Road 7
Lauderhill, FL 33313

**Re: Grand Jury Subpoena dated June 23, 2023 (Google Ref. No. 37062679)**
*2023R00962; FGJ22-01(MIA); 2023R00962, CN19;*

Dear Special Agent McNeil:

Pursuant to the Grand Jury Subpoena issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request.  Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act.  See 18 U.S.C. § 2701 et seq.

Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the Google account(s), *DMGFOODCO@GMAIL.COM, DREWSAMELGROUPLLC@GMAIL.COM, MADREWSGROUPLLC@GMAIL.COM, TRACKSUNLMTDLLC@GMAIL.COM, RDLTRANSPORTINC@GMAIL.COM, MUBBIE9320@GMAIL.COM, HARBOURMECHCORP@GMAIL.COM, ABOVESEALEVELLLC@GMAIL.COM, FJCARGOLLC@GMAIL.COM, BOBBY.SUMMERALL@GMAIL.COM, DEBORAHGREEN09@GMAIL.COM, JJFCONSTRUCTIONLLC@GMAIL.COM, JADCONSORTIUM@GMAIL.COM, DREWSAMELGRPLLC@GMAIL.COM,* as specified in the Grand Jury Subpoena. We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values.  To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

Google objects and has not produced Android device information for the Google accounts listed in the subpoena for which there were no unique Android identifiers provided.  A court order consistent with 18 U.S.C. § 2703(d) or a search warrant is required to obtain Android device information associated with a Google subscriber.  Under 18 U.S.C. § 2703(c)(2), a subpoena only permits you to obtain specifically enumerated categories of information ''of a

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

subscriber to or customer of Google." Android device information does not fall within any of these categories with respect to a Google subscriber, as an Android device may be associated with multiple Google accounts or no accounts at all. Google therefore cannot produce Android device information in response to this subpoena.

If you are requesting Android information related to a Google subscriber, please submit a 2703(d) court order or search warrant through the Google Law Enforcement Request System (LERS). To create an account, visit lers.google.com

The scope of information available pursuant to a subpoena is limited to the items specified in section 2703(c)(2) of the Electronic Communications Privacy Act ("ECPA"). 18 U.S.C. §2701 et seq. A court order issued under section 2703(d) or a search warrant is required to compel production of other "record[s] or other information," 18 U.S.C.2703(c)(1), and a search warrant is required to compel production of the content of communications. United States v. Warshak, 631 F. 3d 266, 282-288 (6th Cir. 2010).

To the extent that the Google account(s) targeted in the legal request have associated Google Pay profile(s), the production will include the target's Google Pay Customer Information, Billing information, and Transactions for Payments made to Google, if requested in your legal process. If you wish to obtain transactions related to the Spot Platform, Instant Buy, stored value accounts and events, or, additional Sensitive Personally Identifiable Information (SPII) that Google may store, please email uslawenforcement@google.com with (a) the Google Reference Number, (b) the target account(s) for which additional records are requested, (c) the specific additional data points you are requesting, and (d) the language in the legal process that you believe entitles you to such records. We will review your request promptly and provide you with any responsive information.

For a Google Custodian of Records, we will require a subpoena and confirmation from you of the time and date of the appearance, the scope of testimony, any Google Reference Number(s) associated with the case, and the travel for the appearance at least one week in advance in order to identify, make the appropriate plans for, and prepare a custodian for trial.

Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google may request reimbursement for reasonable costs incurred in processing your request.

Regards,

Stara Holmes
Google Legal Investigations Support

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

GOV_001932

# Google

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.      I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.      I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.      Google provides Internet-based services.

4.      Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *DMGFOODCO@GMAIL.COM, DREWSAMELGROUPLLC@GMAIL.COM, MADREWSGROUPLLC@GMAIL.COM, TRACKSUNLMTDLLC@GMAIL.COM, RDLTRANSPORTINC@GMAIL.COM, MUBBIE9320@GMAIL.COM, HARBOURMECHCORP@GMAIL.COM, ABOVESEALEVELLLC@GMAIL.COM, FJCARGOLLC@GMAIL.COM, BOBBY.SUMMERALL@GMAIL.COM, DEBORAHGREEN09@GMAIL.COM, JJFCONSTRUCTIONLLC@GMAIL.COM, JADCONSORTIUM@GMAIL.COM, DREWSAMELGRPLLC@GMAIL.COM,* with Google Ref. No. 37062679 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Grand Jury Subpoena.

5.      The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.      The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result.  The accuracy of Google's electronic process and system is regularly verified by Google.

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

___/s_Stara Holmes_____          Date: 06/28/23
(Signature of Records Custodian)


    Stara Holmes
(Name of Records Custodian)

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

**Attachment A: Hash Values for Production Files (Google Ref. No. 37062679)**

abovesealevelllc@gmail.com.151954186083.GoogleAccount.SubscriberInfo_001.zip:

MD5- 6e727dec55b3c907e8d92ef591b80c67
SHA512-
e150b592fb42b0c4a0030f0bdaedfe416d56ee06e649df34424f23b0e2b3ea2ba15d724df81435f867
0c596dd37942bc993093d167e66ad4721b594e6a923670

abovesealevelllc@gmail.com.151954186083.GooglePay.ConsumerTransactions_001.zip:

MD5- 2730d086ff4661e8d22715880113598f
SHA512-
5177baabb0cea31cca2c6c6e297d7b1bb9129fef3499ffac7307dff2c458f74404e6b4d3d3cf2980149
d06ecfc9755ff639008e2de9dc76b3f2c4e6f2bc4392b

abovesealevelllc@gmail.com.151954186083.GooglePay.P2pTransactions_001.zip:

MD5- 5692828d0bf49da3b3dd88801fd711fb
SHA512-
c24bc8deb3c579d51bb621a03c2f25fb4e455482f98af6dc2413399b9454e6e7ade61c1773c401f3a1
58f14cf1a1c60038eb31c5a5c1ea675344ae57b327aeff

abovesealevelllc@gmail.com.151954186083.Preserved_001.GoogleAccount.SubscriberInfo_001.
zip:

MD5- 8fdfb80a7969facbb8ec651c46622317
SHA512-
d6862f7f26c9f6dbee74b48844ff116c0a3e01594f40c11b0e6dfa86a87c9a8203c02b8922d5e66cb3
737de641aeb5f22e157f2e5c102b1c69c94e15ea726696

abovesealevelllc@gmail.com.151954186083.Voice.Communications_001.Preserved.zip:

MD5- 7f4e076361ec3942c9c29fa7ce18e203
SHA512-
e4729a67cb00b6ac8fc28b608351bef42b68160722730bb80674fea1ee4cd6f405ecd404e72e7451e
9224d71e54cf123a2cc5d11633ee44d452f9ecbf7dfe08a

abovesealevelllc@gmail.com.151954186083.Voice.Communications_001.zip:

# Google

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

MD5- bcf3a99af2a74d02633d72601f7a4594
SHA512-
24032298008f795b8c5d3079fa605ea19ed8d08dd8e92a9594f0e021cfccd16bf589152034b0b124c
9089cf455df4f1e88fc91012802d405f1e59d969183448e

bobby.summerall@gmail.com.563734583878.GooglePay.BillingInformation_001.zip:

MD5- eb029c7dcf9ff93143e4e39e87436254
SHA512-
1d1b322e86bdd45da6520e7c78e5d6598f985635989e6a4ebb9f59cdfb5d3447c85b62344df310d71
9ccc941d657e74b56b4f749850748e6da6a7d8aad0c2961

bobby.summerall@gmail.com.563734583878.GooglePay.CustomerInformation_001.zip:

MD5- cc995529c1c723c42f7360e82f886d5d
SHA512-
342478ff6699dc127ff11d3dd1cca15a98e27e3a71f4232af7b132fcdb7aabd5b46a25ff4c5108259b7
9a44e66b9e02e7fb4900a99b91a43f20df41831278879

bobby.summerall@gmail.com.563734583878.GooglePay.InvoicingTransactionHistory_001.zip:

MD5- 5a655fbbc37064ea079d2d6526c910b5
SHA512-
1ab6428044a88374cc7206a48b0cc93d2eb84e88f72cf0919a0e78e498e181031fe291c342b9e0598
618985bffa77b9ac78dd874497a939e715de6bfae33b831

bobby.summerall@gmail.com.563734583878.GooglePay.Transactions_001.zip:

MD5- dc71adf0e3f624d2a4cd5a1573f3d444
SHA512-
94cc54a726d4b8ffe3256bc90f1e24fd16dd1be91111504c085cb50e002d3f5fd0932204769ae4fd0c
83ba174ee4a875ae6620ccd4f659d278c606c95a94ba21

bobby.summerall@gmail.com.563734583878.Preserved_001.GooglePay.BillingInformation_001.
zip:

MD5- b92594179e2cb675e63097b6ae91576f
SHA512-
ad39c587b76f6df1792cdb8066bb7f24e1186f7ab5c4285479e0c5df4f06d9f88b5ab4dc406592fffdb

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

92e2e5aada44874cfe47501d08b26b829bf9560a77d69

bobby.summerall@gmail.com.563734583878.Preserved_001.GooglePay.CustomerInformation_001.zip:

MD5- 5e49d4da3be4fc891fe91a2234c364d9
SHA512-
00d444b22c7936fca8ac748d6b2f1e69557804912e7cf65452f1415be32e6c75713e629846f02d861
93299792b139e48be3d455c7cabcb74b5d5d58a8141f008

bobby.summerall@gmail.com.775441985897.GoogleAccount.SubscriberInfo_001.zip:

MD5- f394a7592c3c8b9ffeb51d4c8d1e4d8d
SHA512-
eeb73199cac2462d88d8675323541087df2be138541ee0cc90e3115ed9c03ef5557be910c4d97400a
c53905a0914a1cf0d911ff4191fef36f448a35eb3f0c3d2

bobby.summerall@gmail.com.775441985897.GooglePay.ConsumerTransactions_001.zip:

MD5- 789b6936d12a440276e6cc7540305158
SHA512-
025baec36e14fb455ee2fe97c077f40a37759fb2b1c07541598acf65a37335545276a1157b7f96639d
562ec3ca847e76a5780d7ee1d45d9681280e7581ac445c

bobby.summerall@gmail.com.775441985897.GooglePay.P2pTransactions_001.zip:

MD5- b7250a9f8eabcbb57083e229648716a4
SHA512-
4024be34e5649f606bb3f60ca497b0199f4e3ff7a1e209f18fadb6f3454e582a7b7c929a118ada9926
3b40153ebe76c88e9c30acf45d77699eb0edb53fb67036

bobby.summerall@gmail.com.775441985897.Preserved_001.GoogleAccount.SubscriberInfo_001
.zip:

MD5- 3480ff12e35780ffb0a7259d6196fdfb
SHA512-
9ad7e071bab1e8fbabee2546b442819e0f6bba0fefefb0fc195f50b75d318227d29860e3ca7ba7d724
2d66b13d02f4ac97219a0b7759e24fa366659dbb17abb3

bobby.summerall@gmail.com.775441985897.Voice.Communications_001.Preserved.zip:

Google

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

MD5- c6debcab272b20c7035e139f6fa482cd
SHA512-
6f40f8d3757eabc7dee0ad420b05ab07ab1a1f61ac27baba48e2b77bd22de60d188e2f6961e507e1b
891342a390920dad751046ca3a882ec8eebc3a6daf77139

bobby.summerall@gmail.com.775441985897.Voice.Communications_001.zip:

MD5- 0b5a6d4828d1eea24395cd5ec8cd6461
SHA512-
310eb2ad4eaac7ce858ba36ff8d2a926dce47b1976133b11f19c4db246e1c1e4eb5e990e22633e90ac
2bc3f821242586e71367f4f663d7d39b4501eec2d6f330

deborahgreen09@gmail.com.727350947217.GooglePay.BillingInformation_001.zip:

MD5- 33a8ebfdf0326435d220d83b91e3233d
SHA512-
38258f31b5e41ef7ae24b2d17acf657be903975dbf8707c9d5d1330b07b8adc789b986d11011dcc61
16e6319ff8d6f3ef47379d78192382c9ef60e66b6b68bf6

deborahgreen09@gmail.com.727350947217.GooglePay.CustomerInformation_001.zip:

MD5- 6b05f0d0ce6c98e38385e180b9172847
SHA512-
e0c5ece43fea7c7a0645839d7ed9b7ffd72b48fe952d9cb8c9a7c3a86bd13bfc64fdef79905ac2eda35
80ecafe4aceab55749b07949ce05e97201dec037e45cf

deborahgreen09@gmail.com.727350947217.GooglePay.InvoicingTransactionHistory_001.zip:

MD5- d05eba624e59ed471a010316cbb320f2
SHA512-
459492150d3c27c94eede547eb4ae888fedb82543009de3f1552a5565d8bdbff69556335a24626231
0e9966db547ce669f457c26234eb63a1bf6017d10f3ef9c

deborahgreen09@gmail.com.727350947217.GooglePay.Transactions_001.zip:

MD5- 3d70e5992f59eca0e32673da936571cd
SHA512-
0c7e4ff491c782830c70905845a522db57d40882857df70938153066c1dfecfcdc4dd78e66c936461
4f766ad98774c0e5763709fa39d75e43596d8baf5e11026

GOV_001938

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

deborahgreen09@gmail.com.727350947217.Preserved_001.GooglePay.BillingInformation_001.zip:

MD5- d548863934505724700d327e1e0eac07
SHA512-
dd0800d30f287188add4efe17bd115d2cbf509cc9139e52616fcd99d452f891fd832d6a8510acd3d2
8b70d9560d0269581434ddf5c1f71674caaed70e2206f0d

deborahgreen09@gmail.com.727350947217.Preserved_001.GooglePay.CustomerInformation_00
1.zip:

MD5- 66aba81780a289568394d4f667315faa
SHA512-
9d971298f075dbd054c3a45ffc80b96865222d17c15c3592ee8c556c192d224e0194a42aa0c11c205
ed5a7d73348d2eff9b19921514b178ed6fdab6772bdfd4c

deborahgreen09@gmail.com.872072813015.GoogleAccount.SubscriberInfo_001.zip:

MD5- 651769f5da1f6c9638465ba57b007567
SHA512-
8559207eebee5d2a41eb42e3c95cff69ffcb281ceb87e5f0d9ad121db6dcb520bebbdd52f97b910886
cc98399906f6c545d3f20f2fc2d8149f6ad97285c638f0

deborahgreen09@gmail.com.872072813015.GooglePay.ConsumerTransactions_001.zip:

MD5- 1d749e4002447a373a22c0f7001926fc
SHA512-
5f96bc524261d726e4193b48fe624383e42c43a26b7a0c34212ab85cfdb01d3a580ce29c1a7093562
a5a64343ad70d713c8355f89d1d9f2525490e0068c06fd0

deborahgreen09@gmail.com.872072813015.GooglePay.P2pTransactions_001.zip:

MD5- 3db534e9595531df365b9131929d0f12
SHA512-
7d4a54238327d5bd705d239eb636f37d47d81b95bab9e5e7434dad564963cb60457c9e549346abfa
db3e31bf16910efe446a99f8e55cd499f68ea5696d4b8a41

deborahgreen09@gmail.com.872072813015.Preserved_001.GoogleAccount.SubscriberInfo_001.
zip:

Google

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

MD5- 6914819b39e019dcad176065335cadad
SHA512-
231dca4822a17876246cca9bf6ecddcfda13012e1f36b25d51d05e3baf650a46dee2ce25f85cbcce32
2077b64316102368d0b7aa497f9b279a9cd918289d0789

deborahgreen09@gmail.com.872072813015.Voice.Communications_001.Preserved.zip:

MD5- 073eae97da3842b04e737a109055d3cd
SHA512-
b944ddacd7149692b09aabb9625c270496bdea7e0e730a9414989fc7238d4ff80a5dfb0c41ebdc0a3
b94d15b0bc376993724f8bc1da97c4cafb9d1c81f2f9788

deborahgreen09@gmail.com.872072813015.Voice.Communications_001.zip:

MD5- 6aa8f70a099b076a47f5a77a875c9dc3
SHA512-
377d6439c19454af4ea32c005da5a46cfbd1eb6ee38a55a07555d01f099fcca8f8bf102026742d480b
6c7c3da8f9bdcb01abeba0c66fd45f0aa75450e4ee829a

dmgfoodco@gmail.com.197485342960.GoogleAccount.SubscriberInfo_001.zip:

MD5- 9ad9e7b3f6915e13465a5f2966bcecb3
SHA512-
237f639d57ffe5dc22bc24b4c625cdb10173cc10fb7a0e8d89733a4b7e1330ca74b7059ccfb99a3df7
c6f7c54fc62b34849f596ed175e52a6a1208de2e3921d1

dmgfoodco@gmail.com.197485342960.GooglePay.ConsumerTransactions_001.zip:

MD5- c44ed6cc2126529992dc23c266e5c15f
SHA512-
b36f2d788726b2b03aac766c674d46b0b79c757b43f095ff926ca3e5928a82384c7fff886e238161e2
5d87c92a6e4a487f0ed902d01f0675610aa07eb2b53ab1

dmgfoodco@gmail.com.197485342960.GooglePay.P2pTransactions_001.zip:

MD5- 8403e24541c69b6ff45c5729bcd2b592
SHA512-
721ec8e9b2a0bead77a5179cedf91b6d5c61267dfa5cdf2df38187bf96a3a5d171f430248fc394d088
42210bf171c0a2a8ef0ab9546d6bf3fb74ed39fa6a2fe1

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

dmgfoodco@gmail.com.197485342960.Preserved_001.GoogleAccount.SubscriberInfo_001.zip:

MD5- 4aafbf6685c9cffb6b33f279661abbe0
SHA512-
797a1dde417b4c0cb23ca3c33fa9ebcdca013fbf891cd9e3b52db0181f3ed64ed7bd6607a63c31285e
e64d7e7bc0b000968d454ae1639ef2bd21847d8e156f77

dmgfoodco@gmail.com.197485342960.Voice.Communications_001.Preserved.zip:

MD5- 90141fd2ff59336e4b441793172baac4
SHA512-
9e361acfd515747622bc41f4e30539a9f48b96d5a103e5446c92c3c892eabfa1e3cc44a1cd5032619b
1c7cf9bd544f35d317c1c207be1d645f32122277c38d38

dmgfoodco@gmail.com.197485342960.Voice.Communications_001.zip:

MD5- d7750ef1e19f1c4e72d082f5808d9206
SHA512-
223c6689fa6affdd1f5d8066f940c89ab3f93b16eecbf6f7cf465352af845c74c81262b13b452e43971
b55258b0708e207cee2714095c63a3e0562224b520f34

drewsamelgroupllc@gmail.com.630379220753.GoogleAccount.SubscriberInfo_001.zip:

MD5- 8b5d7c96a65c167a25aab517c8691e72
SHA512-
2f6a0b265f7b8e5f0297897b42c520b55789976eb20fc8c5fd11ff736fac6d649f14d355fc98aa9bad3
2794c5e0e8524bd300e265cfd9b496768276e16a96f35

drewsamelgroupllc@gmail.com.630379220753.GooglePay.ConsumerTransactions_001.zip:

MD5- 47c90eb7052da4c8f312b51ff0f822b5
SHA512-
c47498ca79dc49b6eaf247fd286bb6ad3aa8b2ac93f8e3b32722c7d4472b11883251b78abaa7902bd
6945ae17b52c8fd48127b617cbda525620071462aae8a3e

drewsamelgroupllc@gmail.com.630379220753.GooglePay.P2pTransactions_001.zip:

MD5- ab0092ff2d7318679520c6cb045abc6d
SHA512-

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

b87090e9fb41db93a45bf1c826b23aa7e5809a12e6040b21daaa8b5978564007c2a552d0c327a3e9c
30b79ca4ba48ca69b0fd5af4282832f227de173c3d2c44d

drewsamelgroupllc@gmail.com.630379220753.Preserved_001.GoogleAccount.SubscriberInfo_0
01.zip:

MD5- 397838df4c8a5cfefde915e765bce151
SHA512-
6e6d4c72d10ed8ab874fe9a35b95c1afeccfa948248b187140ca8bf0114659980fc7285fda1b4898d5
914f33931b693236598e0a006e313fb2cd28d319a8f3ed

drewsamelgroupllc@gmail.com.630379220753.Voice.Communications_001.Preserved.zip:

MD5- 965419524cea18eefa88eeea20076e5d
SHA512-
023f826239ea4a6880dfbcf8a8bc72b5841539aef97b314b9c9f65b9613293ad272ce1b3edf0c05386
be9c681cfa0ca5109483f58d6e2fc8ed1b5fc4c2d6a91d

drewsamelgroupllc@gmail.com.630379220753.Voice.Communications_001.zip:

MD5- fb92ffcedc519b2347bf7d8bcbe76d16
SHA512-
f4209ea39668af5d3f54cdb065b06dd1e7ba813917fed73a9077fc99b907c0d7eecc6be6e094f9aece
b01a0ca16fd345f373818d8234430df18dd5b3d5b68ec3

drewsamelgrpllc@gmail.com.203381550556.GoogleAccount.SubscriberInfo_001.zip:

MD5- b985fcfed647e015ffb6ed6150f71a00
SHA512-
82b4f9a0ce1c8b07b41374795705f38b89d4a267dcc3747368599e339794d752fd27ce38a83eaf6bc
c3200817aec144a02fb6dbf2fb236d26f9792fbbc634acc

drewsamelgrpllc@gmail.com.203381550556.GooglePay.ConsumerTransactions_001.zip:

MD5- 99c3c7c5e1431181b3be0559d2bc9870
SHA512-
4485bf3a9aa7001dfc668dee3c27185b729d0e97bd8bc5a9a9d5fbfda8e9505401c508416cedba4e9
946218a70deea2abaf857db711e56c6828500c943109104

drewsamelgrpllc@gmail.com.203381550556.GooglePay.P2pTransactions_001.zip:

GOV_001942

# Google

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

MD5- 9107f759d437c875169227a4808d193a
SHA512-
9d9cda2129b1dc4599f730771add56ed4fe8d11c791d94f0ecb8bd584f0dc01ddb16fe22e9d913c29
c740e571a2a56357e6e0fdedca8f3f077127eea728f05a6

drewsamelgrpllc@gmail.com.203381550556.Preserved_001.GoogleAccount.SubscriberInfo_001
.zip:

MD5- d7ac309eb3357839a908578d1d75bf6e
SHA512-
107f3e319f5003f8709556fe22e851dea8150b377190a1640e1f4f6f6e2696ac802f0df0e70856af69d
7f3ff2a9e65637e34b8e3584ecdf1c59d8f8800ef7d2f

drewsamelgrpllc@gmail.com.203381550556.Voice.Communications_001.Preserved.zip:

MD5- 08d6974bde7ed1e460bad80bae187967
SHA512-
32645dc58b4454001e94a81713e80c9f96e3761a087b776f8dbf07f8f5578d2f9bd89d10fab57b1e8a
d73d005989cf19bacfa95ce005026d0d44b4adcd5f7fa5

drewsamelgrpllc@gmail.com.203381550556.Voice.Communications_001.zip:

MD5- d38c5de76ec70b4e6e17d99c0d334b7b
SHA512-
578b537bdeec9beafab77a63d926299a0205ab55828840c05abd53f74de480dd9b6d6f5c42d307247
818c4252f03b7103414257249c72848963be848069abaca

fjcargollc@gmail.com.882967413238.GoogleAccount.SubscriberInfo_001.zip:

MD5- d4e62ef5871ea7cf5ad90ce0a37f7b2a
SHA512-
e8c497dd9541e033f0891a4841f8822269cdbd8d4a6d59dbca07ad4c2ebdd27b9df22fc16124e96b8
6d5be77561c764acf9742588c7ce1be1882b9500ef595ac

fjcargollc@gmail.com.882967413238.GooglePay.ConsumerTransactions_001.zip:

MD5- 77b4ff2a6210c8f274e27c6018e70dc1
SHA512-
5597e9e95e510d8fab2b3f1e94684d2b2e9590601dd2cd685fff6b0486bdb39ea664f8c41b2a1e43c6

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

c98138ade91a3d0d2170fac1863bb9b23ef318c91245cb

fjcargollc@gmail.com.882967413238.GooglePay.P2pTransactions_001.zip:

MD5- d5e414b99c8bea252fd84b8b88642bdc
SHA512-
ee98d1f208996899c5531e361a3ef4b7dd5b166c29a0f9e741a72d186b8f5cfafeac97f81c9b4f603d4
8d03b4a6cf810ad37dc5272827d18800c07786b3d4410

fjcargollc@gmail.com.882967413238.Preserved_001.GoogleAccount.SubscriberInfo_001.zip:

MD5- b363f694a6574ba089d6ad6afeaf8e92
SHA512-
45ed1e6cfea50b40b05cbebf7bdbbf1310aeea43893e89de4c0b46c3e482a702420a388d477d801b9
0323cd18fe8945c5600d2650573a77076e9534d6dcb8df5

fjcargollc@gmail.com.882967413238.Voice.Communications_001.Preserved.zip:

MD5- 0de75b426c93560d5151672d9dfe820d
SHA512-
58c53a010635925a73b25ae0bc4363ce3ea10df75c1c881be10baf11cbd8782f905b43f263362cd11f
0168ff8b043cbb0d3454acc2a98539aec8bb52719aaeb1

fjcargollc@gmail.com.882967413238.Voice.Communications_001.zip:

MD5- 0e21f94efdfbb349de9852aa626dfb38
SHA512-
676128128c3caf60006efa8ff8148bb316b0048916f7577be9641bc8041d241944513adeff450dd8ba
a8042636aa2cb094d308cacc65065b5fbb1a2aa74ab9f4

harbourmechcorp@gmail.com.617448894124.GoogleAccount.SubscriberInfo_001.zip:

MD5- 84c665a5dcc4643d329e37009d1f520e
SHA512-
e546662d3d2202f264569a200fcfba0b3d2f8fc198781a631981352efa1e2434a6b1458f01b6040f77
1235aae49fa8db1ad35ee05c2a66abc36211c284434fbc

harbourmechcorp@gmail.com.617448894124.GooglePay.ConsumerTransactions_001.zip:

MD5- 1937cba0c548cc0b4f70c3364de598d2

GOV_001944

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

SHA512-
2eb66c3500817d1ad3f7d122d9734a11c807a5703daeb63667c33be7023e28d73fec6763b57e9e16a
1df2cfde537b652193558ab64f96fd14bb00b342c790b88

harbourmechcorp@gmail.com.617448894124.GooglePay.P2pTransactions_001.zip:

MD5- 33a7c8fa38c84313b364a2838a94848b
SHA512-
07b61e48fc49e31dfbaab551273dcb47634fb2f4563928f5ed8992aab1eb2d1ba39cc120133fa4a320
e0800f030fc8ddbfa3ee1df15374dfaea2ce8a6319272c

harbourmechcorp@gmail.com.617448894124.Preserved_001.GoogleAccount.SubscriberInfo_00
1.zip:

MD5- 0b7e99b8a40f84b3a351b784b0dfae78
SHA512-
4df7366c1aa25dfbf3e742a5e5eb3bcdef0176a6ba62784d17082ca506366ef3ed7815c5aa6e584b5b
462b34307851ed54a7c6169efacec3d8fc41564d1c3a55

harbourmechcorp@gmail.com.617448894124.Voice.Communications_001.Preserved.zip:

MD5- d730c56ca6f91f099781f22be0e08f12
SHA512-
54cdda8533b45d507f2db7d0f6309291223afee8ef87865f3562f189c30c3e6838d7749279eaffc62ef
bc7f5532102f6cb6a84aea3476406488211881f727d85

harbourmechcorp@gmail.com.617448894124.Voice.Communications_001.zip:

MD5- 197b6fbc8746746b241ee467e1348335
SHA512-
886eef1025473969a5eeb3cf1b7091179a1bdc586a121f6f3a32293f2e3e5821878a54e94befd2d237
ad3356c507bde4a883b63532a6d98f9db61ba9de84d2c2

jadconsortium@gmail.com.1011946333619.GoogleAccount.SubscriberInfo_001.zip:

MD5- 10759d333d974eb532c6dccbc864e99e
SHA512-
7e6c195e5aaefae85cb701677744eafcbdfc36b049593445d9f0e4fd18dfde718146b893e046f13291
0161648b8ce3002fe6e5d5da3caee3c31de3eb05d2ba30

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

jadconsortium@gmail.com.1011946333619.GooglePay.ConsumerTransactions_001.zip:

MD5- 99f84029ac15d5376e020d5c77fa4672
SHA512-
e7b084e9f14f72a487410be370c6bf49f98b9b57c726f938d1177530731931dae4fb389b6d60fa5ff5
7263999567270b39dbbd158f12b847711aff90fb61132c

jadconsortium@gmail.com.1011946333619.GooglePay.P2pTransactions_001.zip:

MD5- da3507591ee8465fa45a7ef6a053e814
SHA512-
627e18ef668bdab44006076a7177a9dede7e614427a48f5cf32e29ed801ee392aeb8d6da4aaa46087f
d29316c20589f3b37221a2d02440f207c6aa338e1ff529

jadconsortium@gmail.com.1011946333619.Preserved_001.GoogleAccount.SubscriberInfo_001.z
ip:

MD5- c919f0e224679f373259198067c01f94
SHA512-
9638c45577a5c6c6dc96dc9e1f6bdab5984e5d17a4df01d99a1f69516fc4f5a51078dd50914166713
627e89cd65280e6e6ace6e24785015680bb481d102ffa06

jadconsortium@gmail.com.1011946333619.Voice.Communications_001.Preserved.zip:

MD5- d00810da02f32af674f6e47fe7d660e3
SHA512-
2148aa01000357b51094f5e58cf7d941cd354c01117c9c48d07afe3b0911ed623db78d0d163bdcec6
717a6951a85f672361ac7052eb09e00b114008bb6818a97

jadconsortium@gmail.com.1011946333619.Voice.Communications_001.zip:

MD5- 8cb34c78ddc7bf5c24a220ba9de3ccce
SHA512-
df5f88a87843c9225c9a28967433dee8d55d4e46ec0f7b6038dc741e303c0e603072c02234e4c5e23
9b4f96455b277aa07c60da4952cef94584bc565809ce506

jjfconstructionllc@gmail.com.14654891916.GoogleAccount.SubscriberInfo_001.zip:

MD5- 8a85e82c527e78c73687a51800d43bf3
SHA512-

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

2b568f6a26d68324bcc799c23643a19f544e8bd24f061d01158264c0083a1910e8d0fccf8558fccf36
52c6857f11f320c1f189bd470afa8404f90d72718461a7

jjfconstructionllc@gmail.com.14654891916.GooglePay.ConsumerTransactions_001.zip:

MD5- 078a4d22cf5d053859577c94baaad972
SHA512-
bf7a52a1449fe5a1bdf6fe387cf84b2588f5db446a2839d559097579aa4262568fa492efaf9b050f175
32c76bf08f26dcd6878e167a3d78fd1bcd2632d24d1fb

jjfconstructionllc@gmail.com.14654891916.GooglePay.P2pTransactions_001.zip:

MD5- 30a6599f592205adf1f095bb30aedb4b
SHA512-
81b044cdb033820c4eeaba61e58006220286dad4135d0535e6b78d007ba3b854f5ffce802de0115a3
c78c7a693066cc023f77a3e8c428ceed110bc36952df278

jjfconstructionllc@gmail.com.14654891916.Preserved_001.GoogleAccount.SubscriberInfo_001.
zip:

MD5- 40af81c8c030dbc9941a6bdba6302a08
SHA512-
cafa59bd71251d1c48e7bd0699570589ac0086bc1d75f8bba9a66f5a314cb20f8ff6635f0a2ce89b57
2f1732f92d588365aa4ac5b110f5303fa33eedde9ad1be

jjfconstructionllc@gmail.com.14654891916.Voice.Communications_001.Preserved.zip:

MD5- 0e8137d4d5d347a759973b242556c5ff
SHA512-
d41e9cac2adadc06341ae06a27f607f5c17649ae66e90282fed1c71d18d9a4819febd1393337f1aeb9
c288ac92031cd6349083a51eef41f72522f5192f8da931

jjfconstructionllc@gmail.com.14654891916.Voice.Communications_001.zip:

MD5- 8a13a28848dca20e2d3506d1ac326bdd
SHA512-
63107ff2df3a68f9b20ff5588ff2fcaf0defd48a4b080d4146183e38e24cac1c4cc2dcaff0fa891f41db8
fced70d7f46f65dfa1b6945e935464f61ce4fea613a

madrewsgroupllc@gmail.com.109717164393.GoogleAccount.SubscriberInfo_001.zip:

# Google

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

MD5- 7d099f98458e9fa8046cf310864536ea
SHA512-
6703621cc9f351d3a42bd04b5a7366226071a3883cc2cce03a6781e9d6145cb5218271d92afd05bd
91f14931d25beaa9e6a9107725447135c527d422856a8ccc

madrewsgroupllc@gmail.com.109717164393.GooglePay.ConsumerTransactions_001.zip:

MD5- 5c3d49450a36281b40ded903bb315292
SHA512-
55f7f3b5d3837ae7d30ccb33d39cdc16f8d0d0a02929d18b5b3578209ee26b1a9237f4112cd7a769d
471aa5f18ac190b7fb3c19c8ce63845d069cdd03f4455e1

madrewsgroupllc@gmail.com.109717164393.GooglePay.P2pTransactions_001.zip:

MD5- 695612a33413e644e10a88983b5a8116
SHA512-
70a875fee16eb3031feadf810aa1be83fca33d03122177edfb4aac16484c442927c957bd8a68e3db31
b27af85dbf696a7e692d6cf01c0e85fe9310a2c2e2e38c

madrewsgroupllc@gmail.com.109717164393.Preserved_001.GoogleAccount.SubscriberInfo_00
1.zip:

MD5- 32f9795531db9d69e3c6c5a833587e31
SHA512-
b35849b8f3541240eceee54307162ef6ba0c08f077698022ab2eeb6640c6ba3c93d715c2ceac0bf325
28755ba58dfe91ce36de9397a012eeb2188cbe98b074d1

madrewsgroupllc@gmail.com.109717164393.Voice.Communications_001.Preserved.zip:

MD5- 625f5fb4b84db941edc81fcff7640289
SHA512-
83d396dbae5b65d9ed3a86537e3924125d49fe01df61220f78ff3d1824e10ee00deb6a1bdd2ea6650
1144344f56a125ba326969dfefbaa87c4cb0e7b7978354e

madrewsgroupllc@gmail.com.109717164393.Voice.Communications_001.zip:

MD5- 8d3c405ddb6666fcffd2f6da0aeaf323
SHA512-
7e173f30849d5913b18ec28882b48a0499d903eece0731514fe2d09408d0c7b4360ebbf230ce8d552

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

931d180278c693bc9deec3ebdba1fb492f4b7e7233d8b8c

mubbie9320@gmail.com.1036367252883.GoogleAccount.SubscriberInfo_001.zip:

MD5- a9254966a7e8308530e04cb0504e24ea
SHA512-
ce2a446036bf181b82a21846b87d3d9ebcd8418dce834c438921559356682c43ddcfc7c9f35b4a24c
4e207d32cfcf064cee979e15afc174552c97dfa07e74ce0

mubbie9320@gmail.com.1036367252883.GooglePay.ConsumerTransactions_001.zip:

MD5- 2dd5fdf0af33e2f43c43ffa2b206d8ed
SHA512-
73532c7196eaee167e81c0e797cbe01f314d712e7c529031e7604edf2d0f675bcc7c75872f2ca4468e
5da8d5b1c84a4bbc3b933d9d81782efe257ab12c128dbc

mubbie9320@gmail.com.1036367252883.GooglePay.P2pTransactions_001.zip:

MD5- 8cf8657df70118c75849abde9391b333
SHA512-
751826d211a94a975cf7ece27414650dc9b3ef1797e681218da71f8b7e9fe351496e2d063effdb7e1f
d48988f51f885c69e7329fef77c8048a6ec328430278eb

mubbie9320@gmail.com.1036367252883.Preserved_001.GoogleAccount.SubscriberInfo_001.zi
p:

MD5- 60ad9f4919d06b3742deb9aca687ac54
SHA512-
ca115365c1cb84cc1335f7ff03b256022d8d0ea5ab7996f9329a706eab284d72473103a2eb9d33891
2cbb3e32e592cb74e1756b4f34c591ec386e092bcd25082

mubbie9320@gmail.com.1036367252883.Voice.Communications_001.Preserved.zip:

MD5- 844e3f10fac65ddef8aa42169778f59f
SHA512-
111c0892e5ce5174eea2cb33a7fd59ac5f417dd108ffdc9bd91f0092ffe92d4bd0d419fe4a85a1eff486
824812cdbe19986c159b33b618c0bea746a2ce9b64c6

mubbie9320@gmail.com.1036367252883.Voice.Communications_001.zip:

# Google

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

MD5- 17560d38632ccb33b27fbf0e449f371b
SHA512-
33ad2184ee29161636f63da0f8a7c123f84c38ae9a224a2f57de06f349c4131dfd4a9872997f1ae21c
bc844196bbe0875bd1ea9dbd72a2817a8534ac04d74389

mubbie9320@gmail.com.52084423839.GooglePay.BillingInformation_001.zip:

MD5- 02895012fed3c128724efd81a2de293c
SHA512-
7b8b8aae6af2db5c63ae27b228868ed5501be3fd666a1f40395c3b6aedd9736d934f7541808bd6743
d9b0e6bd774552b8eea76f837772e7e2511c74c7a48a48b

mubbie9320@gmail.com.52084423839.GooglePay.CustomerInformation_001.zip:

MD5- 72f19c67df1273ac41d6a13d41b707ba
SHA512-
bcd17e77a056ee8a6a2b05f979329d7d625f95918ffc19eafbaef5f311f5c2fdbb40ddf2da51956aa3b
bb5d382895bd029cf13a87ff32300ffe663ba33a79ba5

mubbie9320@gmail.com.52084423839.GooglePay.InvoicingTransactionHistory_001.zip:

MD5- 53b03f57b1d7eb75b5d2a29ba36411bc
SHA512-
21c7b2faa487efae036567d7bd3b103bb279e82cde08e82ab91285a3218738295731f581344f232a9
dff71319b70849696ebd3a392832f453d181f40e1c4bffa

mubbie9320@gmail.com.52084423839.GooglePay.Transactions_001.zip:

MD5- 36d8f360299743dad61fa5022d20da21
SHA512-
9539218f2ff6705800f03f6febe07da576368347c1afc04c5ae1256be48e9af5a550a5e276ec3f35069
f24b2f9c2b6d93b69ccb627ea9808f3f0f6881907e10f

mubbie9320@gmail.com.52084423839.Preserved_001.GooglePay.BillingInformation_001.zip:

MD5- 939640d53f8f0e7cb7811267f8c21d6b
SHA512-
733a353278a4f8253768ff4132fa9421beb6c52bfa35046b5db5127802b4aa79539cf16319feb83fdc
cb0eed3f41f4b705d4037b74f43caf8fa25411613045cc

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

mubbie9320@gmail.com.52084423839.Preserved_001.GooglePay.CustomerInformation_001.zip:

MD5- d5d2eccdd8a4e01d716671580d3377a2
SHA512-
4f52ad04d3c0217465897794c775bd1d4a1442c0948cf43c73b94e1c9d5abfea512a3d65f1703963d
4a2db8786efdcfd3294c77df235d2160a65e7aad15c4ef6

rdltransportinc@gmail.com.1011751876907.GoogleAccount.SubscriberInfo_001.zip:

MD5- 4569759da49e2ed2e6503dbbfe710555
SHA512-
ca72dd4a38c7dec7a564cd3d8093d2bc06a6ef37c74bc4059335e3bf4fc85ba460d1dd74a2d4a5840
f2ad418c99d21fdc8383eb4267a6bc26ed7302382565f3c

rdltransportinc@gmail.com.1011751876907.GooglePay.ConsumerTransactions_001.zip:

MD5- 077cb3209b89ebe8f41c60a0c771417d
SHA512-
ff594de3f75d37b4c8648107846ce1d117cbad9dea6272d85481d508a779df07ded73ff53bd8a7e42c
91618f7b7d6f93ddaeacc3c64f4b000c1e887935443675

rdltransportinc@gmail.com.1011751876907.GooglePay.P2pTransactions_001.zip:

MD5- 85fe4bb90e67c38d0e94074d2726aab5
SHA512-
8970f1371343c16dd578062485454f5dad5fe474cefbc67d9b66770d363c6ffa4b749bab1e0d5944f0
a068f19cbf80dd8e9fc1c6da26fe3246b805fc7c83831c

rdltransportinc@gmail.com.1011751876907.Preserved_001.GoogleAccount.SubscriberInfo_001.
zip:

MD5- 86336073957f66a5e43d9336e648a4cc
SHA512-
d884aeb26fefae67d71933610d9529256a48609e9431f52e822b7d98abaaf6586575ed71356af8d07
605bca4bcc6d86b9df55538c2a6d83b9f7a4e4ffb092fa1

rdltransportinc@gmail.com.1011751876907.Voice.Communications_001.Preserved.zip:

MD5- dad27e79d4b026ca4da82d1ec9f6c91b

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

SHA512-
03b88188e9fe66ba31d61ff5b3889a61508366d85fb57f80dc1971938f337a57cd2036faf140430001
44b9e4d87b03591dc2fb7346aa70c88de3bea1fffd9c0d

rdltransportinc@gmail.com.1011751876907.Voice.Communications_001.zip:

MD5- d6761fbe86490a5b6e1a416176cad915
SHA512-
0e60a418f112f4461ef77dda903c223c003c1bc389638635692b6c35a6a8d6ce4615692d0592e49b8
a07174dab215e42338801e94bb18adb4906efab5aeb82f9

tracksunlmtdllc@gmail.com.545143903072.GoogleAccount.SubscriberInfo_001.zip:

MD5- 7d30cf7220c941003e57d500bc0831f0
SHA512-
b3ac9ec9fdeedc4b34ab2c93a537ab85d272632dad30d5136c0e011bd35660d2956ee562f54a72d60
f9dd8bb69d6eecd4fbf22a0a080896050286263a27d88ad

tracksunlmtdllc@gmail.com.545143903072.GooglePay.ConsumerTransactions_001.zip:

MD5- 2ec7f12a377bc725778c8329f5a3994c
SHA512-
eb0cca0362c32a0d0bd7b12edc935a15c22d2bd5b1672e2472b2599e334adaa3b1c6ff9bb3254f3cc
0a40dcf567583959155699c798f030e2f5a34ac30d52453

tracksunlmtdllc@gmail.com.545143903072.GooglePay.P2pTransactions_001.zip:

MD5- 572e70bf13fbf8c858f512373c4168af
SHA512-
fc38cc3e4dfb6225a4b094fbc2b82ac4b6e3d5f944665ce58c6af9cc665751f26917f714784ad83b69
1676e0de20e78ae6fbf3379a52ba223bf03e1881d7626f

tracksunlmtdllc@gmail.com.545143903072.Preserved_001.GoogleAccount.SubscriberInfo_001.
zip:

MD5- 592ca36eaffcd1b8dc4d3adaef56260e
SHA512-
cd52745870d89bacb25c0a8f7fda4a28a2a5a92935583eeba148bba12c7bce8cf684408c6b9289c95
ad15d7afa857f581338cd87a369fd13e438ebedd1a29268

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

tracksunlmtdllc@gmail.com.545143903072.Voice.Communications_001.Preserved.zip:

MD5- 89e11a7fe1024bf2e9f8b21f153d91d8
SHA512-
d3af37c9ddbb7c51144c9fada62099267176b9408473b7ca47c26e9283385e5529a90178df91f72ce
79f8dde228f9b4e719953be2cc7ceb7874b2560b0140edc

tracksunlmtdllc@gmail.com.545143903072.Voice.Communications_001.zip:

MD5- bf1e23ba8ae70af67e8c5ad4620623fb
SHA512-
4c284926f2d87a7b19c754632c31867eb0b8f1ec32be02618d2d269eb7efda06d5869ec37ddebf133
7f2e577412634926b657ca176fe688b5260275e5567968e



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

July 20, 2023

Special Agent Scott McNeil
Department of Homeland Security
1700 North State Road 7
Lauderhill, FL 33313

**Re: Grand Jury Subpoena dated July 18, 2023 (Google Ref. No. 38464133)**
*2023R00962; 22-019(MIA);22-01 (MIA);CN20;FGJ 22-01 (MIA)*

Dear Special Agent McNeil:

Pursuant to the Grand Jury Subpoena issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq.

Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the Google account(s), *SGGRPLLC@GMAIL.COM*, as specified in the Grand Jury Subpoena. We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values. To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

The scope of information available pursuant to a subpoena is limited to the items specified in section 2703(c)(2) of the Electronic Communications Privacy Act ("ECPA"). 18 U.S.C. §2701 et seq. A court order issued under section 2703(d) or a search warrant is required to compel production of other "record[s] or other information," 18 U.S.C.2703(c)(1), and a search warrant is required to compel production of the content of communications. United States v. Warshak, 631 F. 3d 266, 282-288 (6th Cir. 2010).

To the extent that the Google account(s) targeted in the legal request have associated Google Pay profile(s), the production will include the target's Google Pay Customer Information, Billing information, and Transactions for Payments made to Google, if requested in your legal process. If you wish to obtain transactions related to the Spot Platform, Instant Buy, stored value accounts and events, or, additional Sensitive Personally Identifiable Information (SPII) that Google may store, please email uslawenforcement@google.com with (a) the Google Reference Number, (b) the target account(s) for which additional records are requested, (c) the specific additional data points you are requesting, and (d) the language in the legal process that you believe entitles you to such records. We will review your request promptly and provide you with any responsive information.

Google LLC
1600 Amphitheatre Parkway



USLawEnforcement@google.com
Mountain View, California 94043

For a Google Custodian of Records, we will require a subpoena and confirmation from you of the time and date of the appearance, the scope of testimony, any Google Reference Number(s) associated with the case, and the travel for the appearance at least one week in advance in order to identify, make the appropriate plans for, and prepare a custodian for trial.

Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google may request reimbursement for reasonable costs incurred in processing your request.

Regards,

Audacious Gulledge
Google Legal Investigations Support

GOV_002142

Google LLC
1600 Amphitheatre Parkway



USLawEnforcement@google.com
Mountain View, California 94043

**CERTIFICATE OF AUTHENTICITY**

I hereby certify:

1.      I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.      I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.      Google provides Internet-based services.

4.      Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *SGGRPLLC@GMAIL.COM,* with Google Ref. No. 38464133 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Grand Jury Subpoena.

5.      The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.      The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result.  The accuracy of Google's electronic process and system is regularly verified by Google.

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_Audacious Gulledge_____          Date: July 20, 2023
(Signature of Records Custodian)


        Audacious Gulledge
(Name of Records Custodian)

GOV_002143



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

**Attachment A: Hash Values for Production Files (Google Ref. No. 38464133)**

sggrpllc@gmail.com.102660411020.GoogleAccount.SubscriberInfo_001.zip:

MD5- 477d00b71abf6772c382fd7d9e35e15d
SHA512-
a515f841fa26c51b2ed6d4c6ce05d798343fdd3c833887d6a0c11e7658ae19291923121ce364ccbbe
282ca3e2f0da36906f507d1d09a6d135469a3fa472f124e

sggrpllc@gmail.com.102660411020.GooglePay.ConsumerTransactions_001.zip:

SHA512-
f79bc8059be16c5bc42caec214fabbdd4200f951de230444b712c831ae01740fe113074ffdcec7336f
833b2b9c019d0b74118bb0acf43c7f270decc34ab3d401

sggrpllc@gmail.com.102660411020.GooglePay.P2pTransactions_001.zip:

MD5- 969eff51286293ab26e6979f9d9e22fb
SHA512-
79616e9f408da408b74713a86d6c5a23ffa68f67b4990b320ad1923c442455bb83988138f4572deda
6113e81d76978231f55e6114ed51b73a0358169e158eb61

sggrpllc@gmail.com.102660411020.Preserved_001.GoogleAccount.SubscriberInfo_001.zip:

MD5- 70adabe42a879fe9c36fc7eb28f62d39
SHA512-
4f1253c87ade984eb25fbd73af36e6f97f37ffd4bfb3ea0ae143ba207e07eb1aa4652302755e03045ea
b9765d8da3ee65e597c2c680e7eb71b15fab02cd5f37d

sggrpllc@gmail.com.102660411020.Voice.Communications_001.Preserved.zip:

MD5- fe7e2252354ad4dfa4921a9d43f6aed3
SHA512-
c92c1c8974d8d1eeb34b3faf453476e9b1fb44e71c9160067b48593f7e3625ba970527a8c5a9fcab45
e1108a7dc2959f0cf422a6fa08bac42a130e195f995d6b

sggrpllc@gmail.com.102660411020.Voice.Communications_001.zip:

SHA512-
6aa39f0750eba0865cbdd0587a0a3bba932773ca6bd44811ffdb1ef72c570d72b627aea90ba8e4c3f1
6e73b4b0ae103ab4bf9b6f327ad0606e69fe33cbf5f42c

## CERTIFICATION OF APPLE INC. CUSTODIAN OF RECORDS

I, Aldrin, hereby declare:

1.      I am employed by Apple Inc. and my official title is Legal Specialist. I am a duly authorized Custodian of Records, or other qualified witness for Apple Inc. ("Apple") located in Cupertino, California.  As such I have the authority to certify these records, APL000001_APPLE_CONFIDENTIAL and APLiC000001 through APLiC000002 produced August 2, 2023 in response to the legal process served on Apple on July 19, 2023.  I am authorized to submit this declaration on behalf of Apple.

2.      Each of the records produced is the original or a duplicate of the original record in the custody of Apple Inc.

3.      With respect to the records contained in APL000001_APPLE_CONFIDENTIAL, these records were:

      a.   made at or near the time by, or from information transmitted by, someone with knowledge or from a process or system that produces an accurate result, the accuracy of which is regularly verified by Apple;

      b.   kept in the course of a regularly conducted activity of Apple's business; and

      c.   made as part of a regular practice of the activity of Apple's business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

DATED:  August 2, 2023                  **APPLE INC.**

                                   By:  /s/ Aldrin Yousefian

                                   Name:  Aldrin Yousefian

                                   Title:  Legal Specialist, Apple Inc.

Certification of records NJ conformed copy sesig.html



VZ Logo

VERIZON SECURITY SUBPOENA COMPLIANCE
180 WASHINGTON VALLEY ROAD
BEDMINSTER NJ 07921
Phone: 800-451-5242 Fax:888-667-0028

August 24, 2023

HOMELAND SECURITY INVESTIGATIONS
1700 N STATE RD 7
LAUDERHILL FL 33313

**Verizon Case #: 23414315**
**Docket / File #: 2023R00962,CN23**

State of New Jersey

ss:

County of Somerset

I, MICHAEL ROZYLA, being duly sworn, depose and say:

I am the custodian of records for Verizon, and in that capacity, I certify that the attached records are true and accurate copies of the records created from the information maintained by Verizon in the actual course of business.  It is Verizon's ordinary practice to maintain such records, and that said records were made contemporaneously with the transaction and events stated therein, or within a reasonable time thereafter.

/s/ MICHAEL ROZYLA_____

Certification following USCS Federal Rules of Evidence Rule 902 & 803.

GOV_002162

VERIZON SECURITY SUBPOENA COMPLIANCE
180 WASHINGTON VALLEY ROAD
BEDMINSTER NJ 07921
Phone: 800-451-5242 Fax: 888-667-0028

**VERIZON CONFIDENTIAL**

August 24, 2023

HOMELAND SECURITY INVESTIGATIONS
1700 N STATE RD 7
LAUDERHILL FL 33313

Verizon Case #: 23414315
Docket / File #: 2023R00962,CN23
Requested Target:
174.195.32.164,174.195.34.65,174.209.202.58,174.209.99.204,174.214.62.210,174.215.144.151,174.215.144.48,174.215.145.146,174.215.145.48,174.215.150.184,174.215.161.102,174.215.176.123,174.215.178.101,174.216.247.14,174.231.210.104,2600:1005:b056:d873:0:46:c78e:4401,2600:1005:b0b6:c408:0:3c:3488:b601,2600:1005:b0b7:859c:0:45:eb09:5901 216-509-3667

Dear SA Scott McNeil

Verizon Subpoena Compliance is in receipt of the attached request. Please note the following:
I included natting instructions in the package. If there are any numbers of interest with them (`174..) after you go through each spreadsheet. Please email them referencing the vzw case #.

Respectfully,

M. ROZYLA
VERIZON SECURITY SUBPOENA COMPLIANCE

Enclosed

GOV_002163

STATE OF MISSOURI          )

                                          )

COUNTY OF ST. LOUIS    )

AFFIDAVIT OF RECORDS CUSTODIAN CERTIFYING BUSINESS RECORDS

PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13) AND EQUIVALENT STATE RULES

I, Dana Shannon, declare, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct and is based on my personal knowledge.

I am employed by Charter Communications, Inc. or it's affiliates ("Charter") and my title is, Privacy Specialist I. I am over the age of 18 and fully competent to make this cerification. Part of my job responsibilities is to review the records that Charter maintains relating to individual subscriber accounts as part of it's business records. I have reviewed the attached Charter records for 24.103.62.54, 3/7/2023 8:40:00 PM, GMT; 24.208.137.135, 3/8/2023 4:08:00 PM, GMT; 2603:6011:b600:4100:346d:2f01:57b6:efcc, 4/6/2023 3:18:00 PM, GMT; 2603:6011:b9f0:8820:a909:3551:c149:e984, 5/16/2023 10:00:00 AM, GMT; 2603:6011:bc20:85ad:1dd2:986a:b9fb:811, 4/24/2023 7:44:00 PM, GMT; 2603:6011:bc20:85ad:ac76:4fd9:1b99:10c1, 1/27/2023 11:55:00 PM, GMT; 2603:6011:c106:2088:1d6d:ff17:f71e:9ab8, 12/9/2022 2:02:00 AM, GMT; 2603:6011:c106:2088:60b9:30fd:c3b8:b22, 3/8/2023 6:52:00 PM, GMT; 2603:6011:c106:2088:8cfb:ea27:dd22:68ea, 6/20/2023 9:10:00 PM, GMT; 2603:6011:c106:2088:95e:cfc4:cd7e:49d3, 2/14/2023 7:23:00 PM, GMT; 2603:6011:c106:2088:a898:8292:e312:69ee, 12/3/2022 3:48:00 PM, GMT in response to a lawful request dated and issued to Charter Communications.

I further state that:

1. All records attached to this certificate were made at or near the time of the occurrence of the activity;
2. These records are kept in the ordinary course of the regularly conducted business activity of Charter Communications and making such records is a regular practice of Charter Communications; and
3. These records were generated by Charter Communications by an electronic process or system that produces an accurate result.
4. The records attached herto are the originals or the exact duplicates of the originals.

FURTHER AFFIANT SAITH NOT.

12405 Powerscourt Dr., St. Louis, MO 63131 T: 314-394-9702 Email: leroc@charter.com

GOV_089629



Dana Shannon
Privacy Specialist I

December 5, 2023

Scott McNeil
Homeland Security Investigations
1700 State Road 7 North
Lauderhill, FL 33313
**Re:** Charter Subscriber Information Request Dated
**Charter Case ID:** 239926
**Your Reference ID:** 2023R00962

Dear Scott McNeil,

Charter Communications, Inc., ("Charter") acknowledges receipt of the above referenced request for subscriber information. Pursuant to the specific obligations imposed by 18 U.S.C. §2703, this letter is to advise you that Charter investigated and was able to identify the attached information.

Charter's billing and customer records from which the above information is obtained are subject to human error and Charter cannot always guarantee the accuracy of such records. You should not rely solely on this information and should always independently corroborate the information Charter provides with other information you have concerning the identity of the individual.

We understand this satisfies Charter's obligations in this regard. If you would like to discuss this matter, please contact me at (314) 394-9892. When calling, please reference Charter case number 239926.

Respectfully,

Dana Shannon, Privacy Specialist I
Dana.Shannon@charter.com
www.charter.com/lea

GOV_089630

**SUBSCRIBER RECORD**



| Target Details | 24.103.62.54, 3/7/2023 8:40:00 PM, GMT |
|---|---|

Subscriber Name:

Start Address  24.103.62.49

End Address  24.103.62.54

**Customer**    Location

1305 YORK AVE
BSMT
NEW YORK, NY 10021-5663

EUC2007@MED.CORNELL.EDU

(212) 746-6835 ★

(111) 111-1111

**Account**                                    Acct: 8150200070972515

Customer Name:  WEILL CORNELL MEDICAL CO

Account Status: Active

Connection Date: 08/12/2014

| Video | Internet | Voice |
|---|---|---|

| Target Details | 24.208.137.135, 3/8/2023 4:08:00 PM, GMT |
| --- | --- |
| Subscriber Name: | DAWN MCDUFFIE |
| Service Address: | 7054 BROOKE BLVD, REYNOLDSBURG, OH 430685269 |
| Billing Address: | |
| User Name or Features: | DAWNDIVA24@GMAIL.COM |
| Phone number: | 7404002701, 7404002701 |

| Advanced Subscriber Info | |
| --- | --- |
| Account Number: | 8362230062536857 |
| MAC: | 147D05B4906F |
| Lease Log: | Start Date: 10/19/2022 01:06 AM<br>End Date: 08/23/2023 08:47 AM |

| Equipment Details | |
| --- | --- |
| CM MAC: | A4CFD286187C |

| Other Details | |
| --- | --- |

Other Information:

| billingAccountNumber | paymentMethodType | CCAuthToken | CCType |
| --- | --- | --- | --- |
| 8362230062536850 | CC | 440393PEUYJX7095 | VISA |
| 8362230062536850 | CC | 440393PEUYJX7095 | VISA |
| 8362230062536850 | CC | 440393PEUYJX7095 | VISA |
| 8362230062536850 | CC | 440393PEUYJX7095 | VISA |
| 8362230062536850 | CC | 511118LRSFDP4342 | MC |
| 8362230062536850 | CC | 511118LRSFDP4342 | MC |
| 8362230062536850 | CC | 440393PEUYJX7095 | VISA |
| 8362230062536850 | CC | 511118LRSFDP4342 | MC |
| 8362230062536850 | CC | 511118LRSFDP4342 | MC |
| 8362230062536850 | CC | 440393PEUYJX7095 | VISA |
| 8362230062536850 | CC | 511118LRSFDP4342 | MC |
| 8362230062536850 | CC | 511118LRSFDP4342 | MC |

| IP ADDRESS | MODEMMAC | CPE MAC | STARTS | ENDS |
| --- | --- | --- | --- | --- |
| 2607:FCC8:DFC0:11:8944:F9C3:67C4:9451 | A4CFD286187C | 147D05B4906F | 2022-10-19 01:45:02 | 2023-12-11 05:02:04 |
| 2603:6011:BC20:85AD::/64 | A4CFD286187C | 147D05B4906F | 2022-10-19 01:45:02 | 2023-12-11 05:02:04 |
| 24.208.137.135 | A4CFD286187C | 147D05B4906F | 2022-10-19 01:06:01 | 2023-12-04 20:51:19 |
| 24.208.137.135 | A4CFD286187C | 147D05B4906F | 2022-10-19 01:06:02 | 2023-10-11 03:18:21 |

| Target Details | 2603:6011:b600:4100:346d:2f01:57b6:efcc, 4/6/2023 3:18:00 PM, GMT |
| --- | --- |
| Subscriber Name: | ANGELA SUMMERALL |
| Service Address: | 5415 YORKSHIRE TERRACE DR, APT B3, COLUMBUS, OH 432322852 |
| Billing Address: | |
| User Name or Features: | GMAMA34@CHARTER.NET, GMAMA34@GMAIL.COM |
| Phone number: | 6147011075, 6147011075 |

| Advanced Subscriber Info | |
| --- | --- |
| Account Number: | 8362230060838396 |
| MAC: | A86BADAB5CF4 |
| Lease Log: | Start Date: 11/16/2020 08:28 AM<br>End Date: 08/29/2023 02:42 AM |

| Equipment Details | |
| --- | --- |
| CM MAC: | A86BADAB5CF3 |

| Other Details |
| --- |

**Other Information:**

| IP ADDRESS | MODEMMAC | CPE MAC | STARTS | ENDS |
| --- | --- | --- | --- | --- |
| 2607:FCC8:DFC0:15:6553:395C:D0CF:F0CB | A86BADAB5CF3 | A86BADAB5CF4 | 2020-09-26 17:20:32 | 2023-12-11 09:35:14 |
| 2603:6011:B600:4100::/56 | A86BADAB5CF3 | A86BADAB5CF4 | 2020-11-16 08:28:52 | 2023-12-11 09:35:13 |
| 98.28.29.132 | A86BADAB5CF3 | A86BADAB5CF4 | 2020-09-26 17:20:34 | 2023-12-05 09:21:00 |

| billingAccountNumber | paymentMethodType | CCAuthToken | CCType |
| --- | --- | --- | --- |
| 8362230060838396 | CC | 544928GYGSOJ3228 | MC |
| 8362230060838396 | CC | 544928GYGSOJ3228 | MC |
| 8362230060838396 | CC | 544928GYGSOJ3228 | MC |
| 8362230060838396 | CC | 544928GYGSOJ3228 | MC |
| 8362230060838396 | CC | 544928GYGSOJ3228 | MC |
| 8362230060838396 | CC | 544928GYGSOJ3228 | MC |
| 8362230060838396 | CC | 544928GYGSOJ3228 | MC |
| 8362230060838396 | CC | 544928GYGSOJ3228 | MC |
| 8362230060838396 | CC | 544928GYGSOJ3228 | MC |
| 8362230060838396 | CC | 544928GYGSOJ3228 | MC |
| 8362230060838396 | CC | 544928GYGSOJ3228 | MC |
| 8362230060838396 | CC | 544928GYGSOJ3228 | MC |
| 8362230060838396 | CC | 544928GYGSOJ3228 | MC |
| 8362230060838396 | CC | 544928GYGSOJ3228 | MC |
| 8362230060838396 | CC | 544928GYGSOJ3228 | MC |
| 8362230060838396 | CC | 544928GYGSOJ3228 | MC |
| 8362230060838396 | CC | 544928GYGSOJ3228 | MC |
| 8362230060838396 | CC | 544928GYGSOJ3228 | MC |
| 8362230060838396 | CC | 544928GYGSOJ3228 | MC |
| 8362230060838396 | CC | 544928GYGSOJ3228 | MC |
| 8362230060838396 | CC | 544928GYGSOJ3228 | MC |

| Target Details | 2603:6011:b9f0:8820:a909:3551:c149:e984, 5/16/2023 10:00:00 AM, GMT |
|---|---|
| Subscriber Name: | AARON ANDERSON |
| Service Address: | 3078 HOWEY RD, COLUMBUS, OH 432244032 |
| Billing Address: | |
| User Name or Features: | 23ANDERSON96@GMAIL.COM |
| Phone number: | 6144050878, 6144050878 |
| **Advanced Subscriber Info** | |
| Account Number: | 8362230062677727 |
| MAC: | FC12638ECF23 |
| Lease Log: | Start Date: 04/05/2023 06:04 AM<br>End Date: 05/24/2023 10:52 AM |
| **Equipment Details** | |
| CM MAC: | 5C53C3A652F4 |
| **Other Details** | |

Other Information:

| IP ADDRESS | MODEMMAC | CPE MAC | STARTS | ENDS |
|---|---|---|---|---|
| 2607:FCC8:DFC0:16:7496:DC5E:C69B:BB93 | 5C53C3A652F4 | FC12638ECF23 | 2023-04-04 14:29:37 | 2023-06-02 08:06:35 |
| 2603:6011:B9F0:8820::/60 | 5C53C3A652F4 | FC12638ECF23 | 2023-04-05 06:04:31 | 2023-05-24 10:52:55 |
| 76.34.72.136 | 5C53C3A652F4 | FC12638ECF23 | 2023-04-05 06:04:31 | 2023-05-24 10:52:55 |

| Target Details | 2603:6011:bc20:85ad:1dd2:986a:b9fb:811, 4/24/2023 7:44:00 PM, GMT |
|---|---|
| Subscriber Name: | DAWN MCDUFFIE |
| Service Address: | 7054 BROOKE BLVD, REYNOLDSBURG, OH 430685269 |
| Billing Address: | |
| User Name or Features: | DAWNDIVA24@GMAIL.COM |
| Phone number: | 7404002701, 7404002701 |

| Advanced Subscriber Info | |
|---|---|
| Account Number: | 8362230062536857 |
| MAC: | 147D05B4906F |
| Lease Log: | Start Date: 10/19/2022 01:45 AM<br>End Date: 08/27/2023 02:32 PM |

| Equipment Details | |
|---|---|
| CM MAC: | A4CFD286187C |

| Other Details |
|---|

Other Information:

| billingAccountNumber | paymentMethodType | CCAuthToken | CCType |
|---|---|---|---|
| 8362230062536850 | CC | 440393PEUYJX7095 | VISA |
| 8362230062536850 | CC | 440393PEUYJX7095 | VISA |
| 8362230062536850 | CC | 440393PEUYJX7095 | VISA |
| 8362230062536850 | CC | 440393PEUYJX7095 | VISA |
| 8362230062536850 | CC | 511118LRSFDP4342 | MC |
| 8362230062536850 | CC | 511118LRSFDP4342 | MC |
| 8362230062536850 | CC | 440393PEUYJX7095 | VISA |
| 8362230062536850 | CC | 511118LRSFDP4342 | MC |
| 8362230062536850 | CC | 511118LRSFDP4342 | MC |
| 8362230062536850 | CC | 440393PEUYJX7095 | VISA |
| 8362230062536850 | CC | 511118LRSFDP4342 | MC |
| 8362230062536850 | CC | 511118LRSFDP4342 | MC |

| IP ADDRESS | MODEMMAC | CPE MAC | STARTS | ENDS |
|---|---|---|---|---|
| 2607:FCC8:DFC0:11:8944:F9C3:67C4:9451 | A4CFD286187C | 147D05B4906F | 2022-10-19 01:45:02 | 2023-12-11 05:02:04 |
| 2603:6011:BC20:85AD::/64 | A4CFD286187C | 147D05B4906F | 2022-10-19 01:45:02 | 2023-12-11 05:02:04 |
| 24.208.137.135 | A4CFD286187C | 147D05B4906F | 2022-10-19 01:06:01 | 2023-12-04 20:51:19 |
| 24.208.137.135 | A4CFD286187C | 147D05B4906F | 2022-10-19 01:06:02 | 2023-10-11 03:18:21 |

| Target Details | **2603:6011:bc20:85ad:ac76:4fd9:1b99:10c1, 1/27/2023 11:55:00 PM, GMT** |
|---|---|
| Subscriber Name: | DAWN MCDUFFIE |
| Service Address: | 7054 BROOKE BLVD, REYNOLDSBURG, OH 430685269 |
| Billing Address: | |
| User Name or Features: | DAWNDIVA24@GMAIL.COM |
| Phone number: | 7404002701, 7404002701 |
| **Advanced Subscriber Info** | |
| Account Number: | 8362230062536857 |
| MAC: | 147D05B4906F |
| Lease Log: | Start Date: 10/19/2022 01:45 AM<br>End Date: 08/27/2023 02:32 PM |
| **Equipment Details** | |
| CM MAC: | A4CFD286187C |
| **Other Details** | |

Other Information:

| billingAccountNumber | paymentMethodType | CCAuthToken | CCType |
|---|---|---|---|
| 8362230062536850 | CC | 440393PEUYJX7095 | VISA |
| 8362230062536850 | CC | 440393PEUYJX7095 | VISA |
| 8362230062536850 | CC | 440393PEUYJX7095 | VISA |
| 8362230062536850 | CC | 440393PEUYJX7095 | VISA |
| 8362230062536850 | CC | 511118LRSFDP4342 | MC |
| 8362230062536850 | CC | 511118LRSFDP4342 | MC |
| 8362230062536850 | CC | 440393PEUYJX7095 | VISA |
| 8362230062536850 | CC | 511118LRSFDP4342 | MC |
| 8362230062536850 | CC | 511118LRSFDP4342 | MC |
| 8362230062536850 | CC | 440393PEUYJX7095 | VISA |
| 8362230062536850 | CC | 511118LRSFDP4342 | MC |
| 8362230062536850 | CC | 511118LRSFDP4342 | MC |

| IP ADDRESS | MODEMMAC | CPE MAC | STARTS | ENDS |
|---|---|---|---|---|
| 2607:FCC8:DFC0:11:8944:F9C3:67C4:9451 | A4CFD286187C | 147D05B4906F | 2022-10-19 01:45:02 | 2023-12-11 05:02:04 |
| 2603:6011:BC20:85AD::/64 | A4CFD286187C | 147D05B4906F | 2022-10-19 01:45:02 | 2023-12-11 05:02:04 |
| 24.208.137.135 | A4CFD286187C | 147D05B4906F | 2022-10-19 01:06:01 | 2023-12-04 20:51:19 |
| 24.208.137.135 | A4CFD286187C | 147D05B4906F | 2022-10-19 01:06:02 | 2023-10-11 03:18:21 |

| **Target Details** | 2603:6011:c106:2088:1d6d:ff17:f71e:9ab8, 12/9/2022 2:02:00 AM, GMT;<br>2603:6011:c106:2088:60b9:30fd:c3b8:b22, 3/8/2023 6:52:00 PM, GMT;<br>2603:6011:c106:2088:8cfb:ea27:dd22:68ea, 6/20/2023 9:10:00 PM, GMT;<br>2603:6011:c106:2088:95e:cfc4:cd7e:49d3, 2/14/2023 7:23:00 PM, GMT;<br>2603:6011:c106:2088:a898:8292:e312:69ee, 12/3/2022 3:48:00 PM, GMT |
|---|---|
| **Subscriber Name:** | SHERITA SEALEY |
| **Service Address:** | 2823 JACK PINE CT, COLUMBUS, OH 432242507 |
| **Billing Address:** | |
| **User Name or Features:** | ELEPHANTS2617@SPECTRUM.NET, LOLITA2617@ATT.NET |
| **Phone number:** | 6142161036, 6142161036 |

| **Advanced Subscriber Info** | |
|---|---|
| **Account Number:** | 8362230062346984 |
| **MAC:** | C863FCBE5063 |
| **Lease Log:** | Start Date: 03/15/2022 01:33 PM<br>End Date: 08/28/2023 06:10 PM |

| **Equipment Details** | |
|---|---|
| **CM MAC:** | BC3E0755955C |

**Other Details**

Other Information:

| billingAccountNumber | paymentMethodType | CCAuthToken | CCType |
|---|---|---|---|
| 8362230062346984 | CC | 486796WQVFLD9818 | VISA |
| 8362230062346984 | CC | 486796WQVFLD9818 | VISA |
| 8362230062346984 | CC | 486796WQVFLD9818 | VISA |
| 8362230062346984 | CC | 486796WQVFLD9818 | VISA |
| 8362230062346984 | CC | 486796WQVFLD9818 | VISA |
| 8362230062346984 | CC | 486796WQVFLD9818 | VISA |
| 8362230062346984 | CC | 486796WQVFLD9818 | VISA |
| 8362230062346984 | CC | 486796WQVFLD9818 | VISA |
| 8362230062346984 | CC | 486796WQVFLD9818 | VISA |
| 8362230062346984 | CC | 486796WQVFLD9818 | VISA |
| 8362230062346984 | CC | 486796WQVFLD9818 | VISA |
| 8362230062346984 | CC | 486796WQVFLD9818 | VISA |
| 8362230062346984 | CC | 486796WQVFLD9818 | VISA |
| 8362230062346984 | CC | 486796WQVFLD9818 | VISA |
| 8362230062346984 | CC | 486796WQVFLD9818 | VISA |
| 8362230062346984 | CC | 486796WQVFLD9818 | VISA |
| 8362230062346984 | CC | 486796WQVFLD9818 | VISA |
| 8362230062346984 | CC | 486796WQVFLD9818 | VISA |
| 8362230062346984 | CC | 486796WQVFLD9818 | VISA |
| 8362230062346984 | CC | 486796WQVFLD9818 | VISA |
| 8362230062346984 | CC | 486796WQVFLD9818 | VISA |

| IP ADDRESS | MODEMMAC | CPE MAC | STARTS | ENDS |
|---|---|---|---|---|
| 2607:FCC8:DFC0:10:87D:FFB4:7B2F:9297 | BC3E0755955C | C863FCBE5063 | 2022-03-15 13:33:13 | 2023-12-11 13:35:39 |
| 2603:6011:C106:2088::/64 | BC3E0755955C | C863FCBE5063 | 2022-03-15 13:33:13 | 2023-12-11 13:35:39 |
| 104.230.216.158 | BC3E0755955C | C863FCBE5063 | 2023-10-20 09:30:29 | 2023-12-05 07:07:44 |
| 75.179.178.53 | BC3E0755955C | C863FCBE5063 | 2022-06-15 08:34:27 | 2023-10-20 09:30:29 |
| 75.179.178.53 | BC3E0755955C | C863FCBE5063 | 2022-06-15 08:34:26 | 2023-10-20 09:30:29 |

# CERTIFICATION OF DOMESTIC RECORDS
# OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to Fed. R. Evidence 902(11)

The undersigned declarant hereby declares, certifies, verifies or states the following:

1. The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as: See Page 2

3. The records are originals or duplicate copies of domestic (United States) business records;

4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5. The records were kept in the course of a regularly conducted business activity; and

6. The records were made by the regularly conducted business activity as a regular practice. *I hereby declare, certify, verify or state, under penalty of perjury, that the foregoing is true and correct.*

2.      The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as:

LCR812060, LCR812061, LCR812062, LCR812063, LCR812064, LCR812065, LCR812066, LCR812067, LCR812068, LCR812069, LCR812070, LCR812071, LCR812072, LCR812073, LCR812074, LCR812075, LCR812076, LCR812077, LCR812078, LCR812079, LCR812080, LCR812081, LCR812082, LCR812083, LCR812084, LCR812085, LCR812086, LCR812087, LCR812088, LCR812089, LCR812090, LCR812091, LCR812092, LCR812093, LCR812094, LCR812095, LCR812096, LCR812097, LCR812098, LCR812099, LCR812100, LCR812102, LCR812103, LCR812104, LCR812105, LCR812106, LCR812107, LCR812108, LCR812109, LCR812110, LCR812111, LCR812112, LCR812113, LCR812114, LCR812115, LCR812116, LCR812117, LCR812118, LCR812119, LCR812120, LCR812121, LCR812122, LCR812123, LCR812124, LCR812125, LCR812126, LCR812127, LCR812128, LCR812129, LCR812130, LCR812131, LCR812132, LCR812133, LCR812134, LCR812135, LCR812136, LCR812137, LCR812138, LCR812139, LCR812140, LCR812141, LCR812143, LCR812144, LCR812145, LCR812146, LCR812147, LCR812148, LCR812149, LCR812150, LCR812151, LCR812152, LCR812153, LCR812154, LCR812155, LCR812156, LCR812157, LCR812158, LCR812159, LCR812160, LCR812161, LCR812162, LCR812163, LCR812164, LCR812165, LCR812166, LCR812167, LCR812168, LCR812169, LCR812170, LCR812171, LCR812172, LCR812173, LCR812174, LCR812175, LCR812176, LCR812177, LCR812178, LCR812179, LCR812180, LCR812181, LCR812182, LCR812183, LCR812184, LCR812185, LCR812186, LCR812187, LCR812188, LCR812189, LCR812190, LCR812191, LCR812192, LCR812193, LCR812194, LCR812195, LCR812196, LCR812197, LCR812198, LCR812199, LCR812200, LCR812201, LCR812202, LCR812203, LCR812204, LCR812205, LCR812206, LCR812207, LCR812208, LCR812209, LCR812210, LCR812211, LCR812212, LCR812213, LCR812214, LCR812215, LCR812216, LCR812217, LCR812218, LCR812219, LCR812220, LCR812221, LCR812222, LCR812223, LCR812224, LCR812225, LCR812226, LCR812227, LCR812228, LCR812229, LCR812230, LCR812231, LCR812232, LCR812233, LCR812234, LCR812235, LCR812236, LCR812237, LCR812239, LCR812240, LCR812241, LCR812242, LCR812243, LCR812244, LCR812245, LCR812246, LCR812247, LCR812248, LCR812249, LCR812250, LCR812251, LCR812252, LCR812253, LCR812254, LCR812255, LCR812256, LCR812257, LCR812258, LCR812259, LCR812260, LCR812261, LCR812262, LCR812263, LCR812264, LCR812265, LCR812266, LCR812267, LCR812268, LCR812269, LCR812270, LCR812271, LCR812272, LCR812273, LCR812274, LCR812275, LCR812276, LCR812277, LCR812278, LCR812279, LCR812280, LCR812281, LCR812282, LCR812283, LCR812284

GOV_089639

*Mark Cairoli*                              Electronically Signed

_____

Signature of Declarant

  Mark Cairoli
_____

Printed Name

  Specialist 2, Compliance Analyst
_____

Title

  Comcast
_____

Company Name

  1800 Bishops Gate Boulevard, Mount
  Laurel, NJ 08054
_____

Business Address

  02-10-2025
_____

Date of Declaration / Execution

GOV_089640



Legal & Emergency Response

4 Sylvan Way, Parsippany, N.J. 07054

Phone: (973) 292-8911 Fax: (973) 292-8697                                                                                    August 25, 2023

T-Mobile Tracking ID: 4591895

I, Birnalisi Samboy, attest, under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. Section 1746, that the information contained in this declaration is true and correct. I am a United States citizen and am over eighteen years of age.
I am employed by T-Mobile US, Inc. (hereinafter, "the Company") as a custodian of records and therefore am qualified as a result of my position to make this declaration. My official title is Custodian of Records.

I certify that all of the records described below and attached hereto are duplicates of the original and are true and complete copies of records maintained by the Company. Said records consist of several electronic files produced in T-Mobile US, Inc. Case No.4591895 in response to a lawful request issued to the company.

Description of records:

| Identifier | Start Date | End Date | Requested Item |
|---|---|---|---|
| 6145691404 | 01/01/2021 | 08/14/2023 | Subscriber Info |

I further state that:
   A) Such records were made at or near the time of the occurrence of the matters set forth by (or from
      information transmitted by) a person with knowledge of those matters;
   B) Such records were kept in the course of regularly conducted business activity;
   C) The business activity made such records as a regular practice; and
   D) If such record is not the original, such record is a duplicate of the original.

This certification is intended to satisfy Rules 803(6), 902(11), 902(13) and / or 902(14) of the Federal Rules of Evidence and / or any state equivalents.

I hereby declare that the foregoing statement is true to the best of my knowledge and belief. I understand that the statement is made for use as evidence in court and is subject to penalty for perjury.

Sincerely

Legal & Emergency Response

GOV_002249

# CERTIFICATION OF DOMESTIC RECORDS
# OF REGULARLY CONDUCTED ACTIVITY
**Pursuant to Fed. R. Evidence 902(11)**

The undersigned declarant hereby declares, certifies, verifies or states the following:

1. The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as: One (1) zip file "USA-24-rectSKr4vvLhPSTDR.zip" containing 17.5 MB of user account records

3. The records are originals or duplicate copies of domestic (United States) business records;

4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5. The records were kept in the course of a regularly conducted business activity; and

6. The records were made by the regularly conducted business activity as a regular practice. *I hereby declare, certify, verify or state, under penalty of perjury, that the foregoing is true and correct.*

*Kathryn Loucks*
_____
Signature of Declarant

Kathryn Loucks
_____
Printed Name

Law Enforcement Response Analyst
_____
Title

Blockchain.com, Inc.
_____
Company Name

8300 NE 2nd Ave., Suite 140, Miami, FL 33138
_____
Business Address

February 20, 2024
_____
Date of Declaration / Execution

CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITIES

I, **Anuradha Balaji**, being first duly sworn, depose and state as follows:

1.      I am over 18 years old, am competent to testify, and make this affidavit based upon personal knowledge.

2.      I am employed by Block, Inc. and my job responsibilities include overseeing the custody of the records of my employer. I have the authority to certify the authenticity and accuracy of the records produced with this affidavit.

3.      In response to the grand jury subpoena received by Block, Inc. (formerly known as Square, Inc.) on **February 16th, 2024** for case FL02O823FL0001, I reviewed Block, Inc.'s records for responsive documents and am providing those documents in a secure email.

4.      The records produced with this affidavit are true copies of records of regularly conducted business activities that:

   a.      Were made at or near the time of the occurrence of the matters set forth, by a person or persons with knowledge of those matters;

   b.      Were made and kept in the course of the regularly conducted activities of my employer, and its personnel, or by persons under its control; and

   c.      Were made and kept by my employer as a regular practice, at or about the time of the acts, conditions, or events recorded on the records.

5.      The records produced with this affidavit are a complete response and include all of the documents that my employer has in its possession that are responsive to the grand jury subpoena directed to Block, Inc. referred to above

This **March 13th, 2024**.

BLOCK, INC.

*Anuradha Balaji*

By: **Anuradha Balaji**



April 16, 2024

Homeland Security Investigations
Special Agent Scott M McNeil
1700 North State Road 7
Lauderhill FL 33313

**RE: Bigger Garage Four LLC**
**Case Number: 2023R00962, CN30, 24-01**
**HNB File:  000203660005**

Dear Special Agent Scott M McNeil,

I, Amanda Moomey, on behalf of Huntington National Bank (Huntington), do hereby certify that I have completed a records search in accordance with the terms of the Grand Jury subpoena served upon Huntington.

The following records are enclosed:

| **Type of Record** | **Account Number (last 4 digits)** | **Record Date** |
|---|---|---|
| Signature Card(s) | 7606 | 8/1/22 (opened) |
| Corporate Resolutions | same | same |
| Checking Statement(s) | same | 8/1/22-3/31/24 |
| Deposit(s) With Item(s) | same | 8/1/22-4/10/24 |
| Wire Transfer(s) | same | same |
| Check(s) and Withdrawal(s) | same | none |
| Signature Card(s) | 9978 | 2/9/23 (opened) |
| Corporate Resolutions | same | same |
| Checking Statement(s) | same | 2/9/23-3/31/24 |
| Deposit(s) With Item(s) | same | none |
| Check(s) and Withdrawal(s) | same | none |
| Wire Transfer(s) | same | none |
| Signature Card(s) | 9981 | 2/9/23 (opened) |
| Corporate Resolutions | same | same |
| Checking Statement(s) | same | 2/9/23-3/31/24 |
| Deposit(s) With Item(s) | same | none |
| Check(s) and Withdrawal(s) | same | none |
| Wire Transfer(s) | same | none |
| Signature Card(s) | 8573 | 8/19/22 (opened) |
| Corporate Resolutions | same | same |
| Checking Statement(s) | same | 8/19/22-3/31/24 |
| Deposit(s) With Item(s) | same | none |

GOV_021784

| | | |
|---|---|---|
| Check(s) and Withdrawal(s) | same | none |
| Wire Transfer(s) | same | none |
| Signature Card(s) | 8586 | 8/19/22 (opened) |
| Corporate Resolutions | same | same |
| Checking Statement(s) | same | 8/19/22-3/31/24 |
| Wire Transfer(s) | same | 8/19/22-4/10/24 |
| Deposit(s) With Item(s) | same | none |
| Check(s) and Withdrawal(s) | same | none |
| Signature Card(s) | 8599 | 8/19/22 (opened) |
| Corporate Resolutions | same | same |
| Checking Statement(s) | same | 8/19/22-3/31/24 |
| Deposit(s) With Item(s) | same | none |
| Check(s) and Withdrawal(s) | same | none |
| Wire Transfer(s) | same | none |
| Signature Card(s) | 8609 | 8/19/22 (opened) |
| Corporate Resolutions | same | same |
| Checking Statement(s) | same | 8/19/22-3/31/24 |
| Deposit(s) With Item(s) | same | none |
| Check(s) and Withdrawal(s) | same | none |
| Wire Transfer(s) | same | none |
| Signature Card(s) | 8612 | 8/19/22 (opened) |
| Corporate Resolutions | same | same |
| Checking Statement(s) | same | 8/19/22-3/31/24 |
| Deposit(s) With Item(s) | same | none |
| Check(s) and Withdrawal(s) | same | none |
| Wire Transfer(s) | same | none |
| Signature Card(s) | 3283 | 11/3/22 (opened) |
| Corporate Resolutions | same | same |
| Checking Statement(s) | same | 11/3/22-3/31/24 |
| Deposit(s) With Item(s) | same | none |
| Check(s) and Withdrawal(s) | same | none |
| Wire Transfer(s) | same | none |
| Debit Card(s) | --- | none |
| Customer Profile | --- | current |
| Online Banking Report(s) | --- | 4/15/17-4/10/24 |

I am unable to locate any savings accounts, loans, CDs, credit cards, lines of credit, or 1099s.

Huntington objects to the phrase "all correspondence" as overly broad, unduly burdensome, vague, ambiguous, and not reasonably calculated to lead to the discovery of admissible evidence.

GOV_021785

We are unable to search and produce communications comprised of phone recordings, emails, and/or other forms of electronic communication without identifying information to perform the search, i.e., email address, phone numbers, dates, times, etc. If you can provide additional identifying information, please respond with such to Amanda.J.Moomey@Huntington.com and a thorough search will be performed.

Huntington is unable to research purchases of cashier's checks and/or money orders without the date the transaction occurred and/or the check number of the cashier's check and/or money order.

Regarding your request for ACH transactions. All ACH transactions are listed on the monthly statements, which include the basic information of the transactions. If you find that you need additional information on a specific transaction(s), please respond with the account number, date and dollar amount of the transaction needed to Amanda.J.Moomey@Huntington.com and a complete ACH Entry Report will be provided to you.

As to the request for all surveillance video and/or photographs there are many transactions to review. This type of review is unduly burdensome. Therefore, items responsive to this request have not been included. Once you review our response, please provide a list of transactions requiring video to Amanda.J.Moomey@Huntington.com. At that time a thorough review will be performed. Please bear in mind that the retention period for video may vary, but typically falls within 3 - 6 months.

The Huntington Investment Company (HIC) is a separate entity from The Huntington National Bank. As such, HIC is entitled to separate issue and service of a subpoena. All HIC subpoenas should be issued to The Huntington Investment Company and sent to Huntington National Bank, Attn: GW4W34, 7 Easton Oval, Columbus OH 43219.

These records represent the information kept in the ordinary course of business. The records are true and accurate copies kept at Huntington. These records may include redactions. Huntington hereby submits the records to Special Agent Scott M McNeil. If you have any questions, please call me at 810-282-0052, Monday through Friday, 7:00 a.m. to 3:30 p.m. ET.

If I can be of further assistance, please do not hesitate to contact me.

Sincerely,

*Amanda Moomey*

Amanda Moomey
Records Custodian


Enclosure


4650 COP 2/17

GOV_021786

## <u>CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS</u>

Subpoena No.:  2023R00962    CN30  24-01

Huntington File No: 000203660005

I, Amanda Moomey, am employed by or an agent of The Huntington National Bank as a Records

Custodian.  I am familiar with the records maintained by Huntington and each of the records attached

hereto is the original or a duplicate (exact photocopy) of an original record in the custody of the

Huntington National Bank.

I further state that:

1.  Such records were made at or near the time of the occurrence of the matters set forth by, or

from information transmitted by, a person with knowledge of those matters;

2.  Such records were kept in the course of  regularly conducted business activity; and

3.  Such records were made by the business as part of its regular practice.

I declare under penalty of perjury that the foregoing statements are true and correct.

*Amanda Moomey*                                    4/17/24
Signature                                                            Date

<u>The Huntington National Bank, 328 S Saginaw St, Flint MI 48502</u>
 Place of Execution

Subscribed and sworn to before me this 17 day of April, 2024.

CHERYL GUTZEIT
NOTARY PUBLIC - MICHIGAN
SAGINAW COUNTY
MY COMMISSION EXPIRES 11-17-2024
ACTING IN Genesee COUNTY

*Cheryl Gutzeit*
Notary Public

GOV_021787

**UNITED STATES ATTORNEY**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: Grand Jury Proceeding                    Case number:  2023R00962, CN30

**WAIVER OF APPEARANCE**
**AND DOCUMENT RECEIPT**

1.  I,  _____Amanda Moomey_____  of, _____Huntington Bank_____ have custody and
    control of the documents listed in paragraph 2, below.  I have requested
    **SA Scott McNeil, HSI**  to take  custody  of  these  documents  and present them to the
    Grand Jury in lieu of actual appearance by myself before the Grand Jury.  I understand
    that this is voluntary on my part and I have an absolute right to appear before the
    Grand Jury with expenses paid as provided by U.S. Statutes.

2.      The documents submitted are as follows:

        Serial No.                      Description

          see cover letter for list

        (use continuation sheet if necessary)


    _____*Amanda Moomey*_____          _____4/16/24_____
    Signature of Person Submitting Documents              Date


    _____          _____
    Signature of Person Receiving Documents              Date


3.      The preceding documents were presented to the Grand Jury on _____.


                            _____
                            FOREPERSON OF THE GRAND JURY

GOV_021788

**CERTIFICATION OF DOMESTIC RECORDS**
**OF REGULARLY CONDUCTED ACTIVITY**
**Pursuant to Fed. R. Evidence 902(11)**

The undersigned declarant hereby declares, certifies, verifies or states the following:

1.  The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2.  The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as:

    *accounts ending x 0550, 2480*
    *Debit cards ending x 0384, 4179, 5389, 6239, 8840*

3.  The records are originals or duplicate copies of domestic (United States) business records;

4.  The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5.  The records were kept in the course of a regularly conducted business activity; and

6.  The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify or state, under penalty of perjury, that the foregoing is true and correct.*

*Checks + deposits*
*Client info*
*Debit card*
*Signature cards*
*Statements*
*wires*
*ZA*
*Certificate*

_____
Signature of Declarant

*Corina Eschenberg*
Printed Name

*FC legal Fulfillment Paralegal*
Title

*Truist Bank*
Company Name

*7455 Chancellor Drive Orlando, FL 32809*
Business Address

*02/13/2025*
Date of Declaration / Execution

2023R00962 - 031

### CERTIFICATION OF APPLE INC. CUSTODIAN OF RECORDS

I, Sophia Fifer, hereby declare:

1.      I am employed by Apple Inc. and my official title is Legal Specialist. I am a duly authorized Custodian of Records, or other qualified witness for Apple Inc. ("Apple") located in Cupertino, California.  As such I have the authority to certify these records, APL000001_APPLE_CONFIDENTIAL and APLiC000001 through APLiC000012 produced May 22, 2024 in response to the legal process served on Apple on April 29, 2024.  I am authorized to submit this declaration on behalf of Apple.

2.      Each of the records produced is the original or a duplicate of the original record in the custody of Apple Inc.

3.      With respect to the records contained in APL000001_APPLE_CONFIDENTIAL these records were:

      a.    made at or near the time by, or from information transmitted by, someone with knowledge or from a process or system that produces an accurate result, the accuracy of which is regularly verified by Apple;

      b.    kept in the course of a regularly conducted activity of Apple's business; and

      c.    made as part of a regular practice of the activity of Apple's business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:  May 22, 2024              **APPLE INC.**

                                By:  /s/ Sophia Fifer

                                Name:  Sophia Fifer
                                Title:  Legal Specialist, Apple Inc.

 **Bank of America**

Reference number:D043024000863

Court case number:2023R00962-033

Court or Issuer:U.S. ATTORNEY'S OFFICE

Court case name:
DEBORAH GREEN

## Declaration of Bank of America Officer and/or Custodian of Records

Before me, the undersigned authority, personally appeared, **Daisy C. Roque**, who, being duly sworn by me, deposes and says as follows:

1. Authority

I, Daisy C. Roque, am a duly authorized bank officer and/or custodian of the records of
Bank of America, N.A. with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2. Records

The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:

- Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of these matters;
- Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
- Were made and kept by the regularly conducted activity of Bank of America, N.A. as a regular practice, on or about the time of the act, condition or event recorded.

| Account title: | Account ending in: | Document type: | Timeframe: |
|---|---|---|---|
| JAAYLIN BEAVERS | 2791 | Statements, Applications | 07/2020 - 01/2024 |
| ALEXUS M BRINSON | 3120 | Statements, Signature Cards | 11/2022 - 02/2023 |
| ALEXUS M BRINSON | 3112 | Statements, Credits, Signature Cards | 11/2022 - 02/2023 |
| ALEXUS M BRINSON CYNTHIA A BRINSON | 7012 | Statements, Wires, Debits, Credits, Signature Cards | 01/2020 - 02/2023 |
| BRITNEY GAMBRAH | 0333 | Statements, Wires, Credits, Signature Cards | 07/2022 - 04/2024 |
| BRITNEY GAMBRAH | 8871 | Statements, Deposit Tickets, Signature Cards | 08/2023 - 04/2024 |
| BRITNEY GAMBRAH | 8889 | Statements, Deposit Tickets, Signature Cards | 08/2023 - 04/2024 |
| DMG FOOD CO. | 3561 | Statements, Deposit Tickets, Signature Cards | 12/2022 - 03/2023 |
| DMG FOOD CO. | 3406 | Statements, Wires, Deposit Tickets, Signature Cards | 12/2022 - 03/2023 |
| DREWSAMEL GROUP LLC | 4480 | Statements, Credits, Signature Cards | 09/2022 - 02/2023 |
| DREWSAMEL GROUP LLC | 4503 | Statements, Signature Cards | 09/2022 - 02/2023 |
| DREWSAMEL GROUP LLC | 4493 | Statements, Deposit Tickets, Signature Cards | 09/2022 - 02/2023 |
| JAAYLIN BEAVERS | 3197 | Statements, Wires, Credits, Signature Cards | 04/2020 - 05/2023 |
| JAAYLIN BEAVERS | 6961 | Statements, Deposit Tickets, Signature Cards | 07/2020 - 04/2023 |
| LESHEA DESIREE MOORE | 1295 | Statements, Wires, Credits, Signature Cards | 03/2023 - 04/2024 |
| LESHEA DESIREE MOORE | 1303 | Statements, Deposit Tickets, Signature Cards | 03/2023 - 03/2024 |
| MANDING FOOD CORP. | 5188 | Statements, Wires, Debits, Credits, Signature Cards | 08/2022 - 04/2024 |
| PATTERSON TECH SOLUTIONS LLC | 4021 | Statements, Wires, Credits, Signature Cards | 01/2022 - 06/2022 |
| PRETTY HAIR AFFAIR WIG COLLECTION LLC | 0889 | Statements, Wires, Credits, Signature Cards | 10/2022 - 12/2022 |

| | | | |
|---|---|---|---|
| REMINGTON STYLES LLC | 5583 | Statements, Wires, Debits, Credits, Signature Cards | 06/2023 - 04/2024 |
| SMITHS IMPORTS LLC | 2582 | Statements, Credits, Signature Cards | 12/2022 - 01/2023 |
| TETTEH TRANSPORT LLC | 2188 | Statements, Signature Cards | 02/2023 - 03/2023 |
| TIHUMA DIGITAL INC | 2090 | Statements, Wires, Deposit Tickets, Signature Cards | 04/2022 - 08/2023 |
| WILLOWS NEST LLC | 4738 | Statements, Wires, Debits, Credits, Signature Cards | 10/2022 -04/2023 |
| WILLOWS NEST LLC | 4754 | Statements, Deposit Tickets, Signature Cards | 10/2022 - 04/2023 |

*IP Records Included*

3.   Production
___X___ The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records in our possession responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).
OR
_____A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.   I declare under penalty of perjury that the foregoing is true and correct.

Date: ___07/29/2024___   Signature: _____

Daisy C. Roque

Digitally signed by
Daisy C. Roque
Date: 2024.07.29
11:49:47 -07'00'

GOV_028450

**Bank of America**

In order to access the information on the file, it has to be first saved on your computer. After the file is saved to your computer please follow the below directions.

**Directions to Access Documents:**
- Open the saved IDO File
- Click "CDViewer.exe"
- Documents should load and be available for viewing.

**Image Onsite Portable Menu Options**
When the software is launched, the Image Onsite Portable application opens to the main screen, which contains a list of index records available on the CD-ROM/DVD. The menu options at the top of the Image Onsite Portable main screen represent the following functions:

o   **File Menu Options** – Export, print, clear saved key and exit the application.
o   **Select Menu Options** – Search and view documents such as check images, statements/reports, deposited items.
o   **View Menu Options** – View toolbar and status bar.
o   **Help** – Provide access to the Help file.

**View a Document**
o   From the main screen, below the menu bar is a toolbar, which contains the "View Document" and "Search" options.
o   Click the tab you want to view at the bottom of the screen.
o   On each tab, you can right-click a record to display a pop-up menu. This menu allows you to select the "View Document" option or to select items related to the selected record.

**Tabs**
o   Deposited Checks (offsets – note: none are available if the transaction is cash)
o   Debits (checks drawn off the account)
o   Endorsements (no documents)
o   Reports (statements)
o   Deposit Tickets (deposit slips)

**Additional Information**
If you have any questions, please call us toll-free at **213-580-0702**. We are available Monday through Friday 9 a.m. to 9 p.m. Eastern. When contacting us regarding this notice, please use the reference number listed on the password letter.



**Bank of America**

July 27, 2024

HSI
Special Agent Scott McNeil
1700 North State Road 7
Lauderhill, FL 33313

Regarding reference number: D043024000863
Case name: DEBORAH GREEN
Case number: 2023R00962-033

## The password for the subpoena issued in relation to the above referenced case is D043024000863D2R6mum(case sensitive).

### What you need to know

For security purposes, records produced in compliance with this subpoena will be shipped separately on CD-ROM. In order to access the information on the CD-ROM, you will need to save it on your computer.

### What you need to do

1. Place the CD-ROM in the computer and a window will automatically appear.
2. Click "open folder to view files"
3. Click the .exe file
4. Click "Browse." Select "My Document" (or other location) to save file. Click "OK". Click "OK" again.
5. Type the password where prompted and click "OK'. (You may need to enter the password a second time.)

   **Note:** This will save the contents for the CD-ROM onto your computer.

6. The message "Extraction Complete" will appear. Click "OK".
7. Go to "My Documents" (or other location from step 4). The records are saved in a folder labeled with the reference number listed above.
8. This disc contains an "IDO" folder: Open the folder, click "CDVIEWER.exe" and the documents should load and be available for viewing.

If you need to forward additional correspondence to us regarding this case, please mail it to the address listed above.

### Questions?

If you have any questions, please call 213-580-0702. We're available Monday through Friday 9 a.m. to 9 p.m. Eastern. When contacting us regarding this notice, please use the reference number listed above.

Legal Order Processing

*For Capital One Use Only*
File No. **2024148040**

## DECLARATION OF BUSINESS RECORDS

I, the below-signed Declarant, am an agent authorized by Capital One Services, LLC, and in this position I have personal knowledge of the business records and systems of record of, and I am a qualified person authorized to declare and certify on behalf of **Capital One, N.A.** ("**Capital One**") the following.

1. I, the below-signed Declarant, am an adult citizen of the United States of America.

2. This Declaration is made in conjunction with Capital One's response to the subpoena, search warrant, summons, or legal request issued by **AUSA Quinshawna Landon** in the matter of **2023R00962-036 / 24-01 (MIA)** dated **April 22, 2024** ("**Subpoena**").

3. The documents and/or information attached hereto represent such documents and/or information responsive to any reasonable request of the Subpoena as returned from a reasonably diligent search of Capital One's systems of record and are true and accurate duplicates of the original business records maintained by Capital One and/or true and accurate representations of the information reflected in Capital One's systems of record.

4. I further certify that the documents and/or information reflected in Capital One's systems of records attached hereto:

   a) Were made and/or entered in Capital One's systems of record at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

   b) Were kept and/or entered in its systems of record in the course of the regularly conducted business activity of Capital One; and

   c) Were made and/or entered in its systems of record by Capital One as a regular practice during its regularly conducted business activity.

I declare under penalty of perjury, under the laws of the Commonwealth of Virginia and pursuant to Va. Code § 8.01-4.3, that the information contained in this Business Records Declaration is true and correct.

Diana D. Muse
Signature of Declarant

Diana T. Muse
Printed Name of Declarant

January 28, 2025
Date

State of Virginia
City/County of Richmond

I hereby certify that on this 28th day of January 2025, before me, the undersigned Notary Public in and for the Commonwealth of Virginia, personally appeared Diana T. Muse , [✓] known to me or [ ] satisfactorily proven to be the person whose name is subscribed to the foregoing instrument and acknowledged that he/she executed the foregoing instrument for the purposes set forth herein.

Daphne M Pruden
Commonwealth of Virginia
Notary Public
Commission No. 7588822
My Commission Expires 4/30/2027

Daphne M. Prud
Signature of Notary Public



### AFFIDAVIT

STATE OF TEXAS)

)SS:

COUNTY OF BEXAR)

I, Loretta Ramirez, do hereby state and declare as follows:

1. I am an employee of and a duly authorized custodian of the records for Citibank, N.A. ("CBNA") and have authority to certify the attached records.
2. The testimony in this affidavit is based upon my personal knowledge, and the facts contained herein are true and correct.
3. The accounts in question are or were accounts held at CBNA.
4. The attached records are copies or duplicates of the available records requested in the Subpoena.
5. These records were prepared by the personnel of the business in the ordinary course of business at or near the time of the act, condition, or event.

I certify under penalty of perjury that the foregoing is true and correct.  Executed on May 16, 2024 at San Antonio, TX.

Loretta Ramirez - Citi Legal Support
Citibank N.A.

Subscribed and sworn to before me on May 16, 2024.

SEAL

MARIA I SANTOS
Notary ID #134619322
My Commission Expires
October 25, 2027

Notary Public

My commission expires 10/25/27.

Citi Legal Support
c/o Legal Services Intake Unit
5800 S. Corporate Place MS 451
Sioux Falls, SD 57108
1-800-627-3999
Speech/hearing impaired dial TTY at 711



May 16, 2024

Homeland Security Investigations
Attn: SA Scott McNeil
1700 North State Road 7
Lauderhill, FL 33313

RE:    Subpoena in the Matter of: Alisa Remington, et al.
       USAO No.: 2023R00962-037
       Citibank File No.: LSI-04252024-1083737

Dear SA McNeil:

This letter is in response to the above referenced Subpoena. Enclosed are the following items:

- Applications
- Signature cards
- Phone numbers and Email addresses
- Statements
- Correspondence
- IP data
- User ID
- Recorded calls

At this time, I am waiting for the following items:

- Debit and credit offsets

Once I obtain this information, I will forward them to you.

If you should require additional information, please contact the undersigned.

Sincerely,

Loretta Ramirez
Citi Legal Support
Phone No: (210) 357-4183
Email: loretta.ramirez@citi.com

## CERTIFICATION OF DOMESTIC RECORDS
## OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to Fed. R. Evidence 902(11)

The undersigned declarant hereby declares, certifies, verifies or states the following:

1.   The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2.   The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as:

     *Accoun 120991171 for LeShea Moore at Delta Community Credit Union.*

3.   The records are originals or duplicate copies of domestic (United States) business records;

4.   The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5.   The records were kept in the course of a regularly conducted business activity; and

6.   The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify or state, under penalty of perjury, that the foregoing is true and correct.*

Shelby Nagus
Signature of Declarant

Shelby Nagus
Printed Name

Court Order Specialist
Title

Delta Community Credit Union
Company Name
3250 Riverwood Pkwy
Atlanta, GA 30339
Business Address
2/5/2025
Date of Declaration / Execution

2023R00962-038

**AFFIDAVIT OF CUSTODIAN OF RECORDS**
{_John F Jouissance & Bobby G Summerall_}

STATE OF _Ohio_)
                ) SS:
COUNTY OF _Hamilton_)

I, Heather Campbell, being duly cautioned and sworn, state and declare the following upon my personal knowledge:

1. I am a duly authorized custodian of records for First Financial Bank and have authority to certify the records of the bank.

2. I hereby certify that the records attached hereto (hereinafter the "Records") are true and accurate copies of records of _John F Jouissance & Bobby G Summerall_.

3. The Records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person of knowledge of those matters.

4. The Records were prepared in the ordinary course of business at or near the time of the act, condition or event described in the Records and were retained in the custody and control of First Financial Bank or by persons acting under its control.

5. It is the regular practice of First Financial Bank to make and keep memorandum, report, record or data compilation included within the Records.

AFFIANT FURTHER SAYETH NAUGHT.

_____
Custodian of Records
First Financial Bank

Carol M Porter
Notary Public
State of Ohio
My Commission Expires
August 9, 2025

STATE OF _Ohio_)
              ) SS:
COUNTY OF _Hamilton_)

Subscribed to before me by _Heather Campbell_ as Custodian of Records of First Financial Bank this _6th_ day of _May_, 20_24_.

_Carol M. Porter_
Notary Public
My Commission Expires:
_8-9-2025_



## CERTIFICATION OF BUSINESS RECORDS

**Case:** 2023R00962-041
**Subject(s):** Kevin Wall, WALL DECOR LTD
**Internal ID:** 24-0990

The records attached are true and complete copies of original records generated by First Merchants Bank. These records were made in the course of a regularly conducted business activity, and were made at or near the time of the occurrence of the matters set forth, by or from information transmitted by a person with knowledge of those matters. These records are kept in the course of a regularly conducted business activity, and were made by the regularly conducted business activity as a regular practice.

This certificate is made pursuant to Indiana Evidence Rules 803(6) and 902(9), and/or IC 34-43-1-5, by the custodian of the aforesaid records in lieu of the custodian's personal appearance.

"I affirm, under the penalties for perjury, that the foregoing representations are true."

Dated: 10/17/2024

*Ashley Ewing*

Ashley Ewing

GOV_089360

## BUSINESS RECORDS AFFIDAVIT

THE STATE OF TEXAS
COUNTY OF BELL

BEFORE ME, the undersigned authority, personally appeared Jasmine Macbrohn, who, being by me duly sworn, deposed as follows:

My name is Jasmine Macbrohn. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

I, Jasmine Macbrohn, am employed with First Convenience Bank, a division of First National Bank Texas as Legal Operations Sr Specialist, Operations Support. In that capacity I am acting on behalf of the Custodian of Records for that business and I have knowledge of the systems and procedures used by that business in creating and maintaining the types of records being certified by this Declaration.

I have reviewed the records attached to this Declaration and based upon my knowledge of the regular business practices of that business; I know that 107 pages of records and 1 Excel Spreadsheet from First Convenience Bank, a division of First National Bank Texas were:

(A) Made at or near the time of the occurrences of the matters set forth by, or from information transmitted by a person with knowledge of those matters;
(B) Kept by First Convenience Bank, a division of First National Bank Texas in the course of the regularly conducted activity of that business; and
(C) Made by the regularly conducted activity of that business as a regular practice.

The records attached hereto are exact duplicates of the originals.

I declare and certify under penalty of perjury that the foregoing is true and correct.

_____
AFFIANT

SWORN TO AND SUBSCRIBED before me on this the 1st day of May, 2024

_____
NOTARY PUBLIC in and for the State of Texas

ROBIN MCNUTT
My Notary ID # 131954081
Expires April 1, 2027

Robin McNutt
NOTARY PRINTED NAME
Commission expires: April 1, 2027

Case #24-01
Martin, Billy

GOV_009179

## CERTIFICATION OF DOMESTIC RECORDS
## OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to Fed. R. Evidence 902(11)

The undersigned declarant hereby declares, certifies, verifies or states the following:

1.   The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2.   The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as:

3.   The records are originals or duplicate copies of domestic (United States) business records;

4.   The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5.   The records were kept in the course of a regularly conducted business activity; and

6.   The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify or state, under penalty of perjury, that the foregoing is true and correct.*

_Katelyn Cordell_
Signature of Declarant

_Katelyn Cordell_
Printed Name

_Operations Specialist_
Title

_Heartland Bank_
Company Name

_430 N Hamilton RD_
Business Address

_5/13/2024_
Date of Declaration / Execution

2023R00962-043

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS

Subpoena No.:  2023R00962-044

Huntington File No:    HNB#204310001

I, Denise Rodriguez, am employed by or an agent of The Huntington National Bank as a Records

Custodian.  I am familiar with the records maintained by Huntington and each of the records

attached hereto is the original or a duplicate (exact photocopy) of an original record in the custody of

the Huntington National Bank.


I further state that:

1. Such records were made at or near the time of the occurrence of the matters set forth by, or
   from information transmitted by, a person with knowledge of those matters;

2. Such records were kept in the course of  regularly conducted business activity; and

3. Such records were made by the business as part of its regular practice.


I declare under penalty of perjury that the foregoing statements are true and correct.


*Denise Rodriguez/s/*
Signature                                                              Date 05/03/2024


The Huntington National Bank, 5555 Cleveland Avenue, Columbus, OH 43231
Place of Execution

GOV_009288

**DECLARATION**

**Case No. : 2401MIA;2023R00962045;3023R00962045**

I,Harini P S.., certify and declare as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is Parcel 9, Embassy Tech Village, Outer Ring Road, Deverabeesanhalli Village, Varthur Hobli, Floor 04C, Bengaluru, IN-KA, 560103, India.

3. I am a Attorney in Fact  and Custodian of Records for J.P.Morgan Services India Private Limited Processing Agent for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury under the law of Florida  that the foregoing is true and correct, and that I am physically located outside the geographic boundaries of the United States, Puerto Rico, the United States Virgin Islands, and any territory or insular possession subject to the jurisdiction of the United States.

Executed on the ___13th___ day of _____May_____, ___2024___ at
        (date)                     (month)                (year)

_Bengaluru, Karnataka_____, _____India_____
(city or other location, and state)              (country)

_Harini P S_____
(printed name)

_Harini. p. S_____
(signature)

Attorney in Fact

SB1577663-F2
Subp10a1

**JPMorganChase** ⬤

**RCO Centralized Mail**
**Mail Code LA4-7300**
**700 Kansas Lane**
**Monroe, LA 71203-4774**

5/13/2024

SCOTT MCNEIL
HOMELAND SECURITY INVESTIGATIONS
1700 NORTH STATE ROAD 7
LAUDERHILL, FL 33313

**Case Name:  Alexus TREMBLE, Alisa REMINGTON, Andrew COLEMAN, Britney GAMBRAH, Crystal BRASWELL, Devon OWUSU, Diana WILLOW, Emmanuel ANKOMAH, Jaaylin BEAVERS, John JOUISSANCE, Kevin BROWN, Kevin PATTERSON, Kevin WALL, LeShea MOORE, Reth GATHEE, Shawn DRESSEL, William TETTEH, Dewoleman Sales LLC, Jaaylin Beavers LLC, Manding Food Corp, Patterson Tech Solutions LLC, Pretty Hair Affair Wig Collection LLC, RDL Transportation Inc, Remington Styles, Telsun International Inc, Tetteh Tansport LLC, Urivizion Transports LLC, Vega Business Technologies Ltd, Wall Decor Ltd, Willows Nest LLC**
**Case No.:  2401MIA;2023R00962045;3023R00962045**
**JPMorgan Chase File No.:  SB1577663-F2**

To Whom It May Concern:

We have received a legal request for the matter referenced above. Based on the information you provided in the request, a good faith search was conducted for information or records related to the named subject(s). We have included our standard bank records production. If you need additional records, please reach out to us and reference our file number listed above.

If you have questions, please call us at 1-844-751-7728; we accept operator relay calls.  We're here to help Monday through Friday from 8:30 a.m. to 7:00 p.m. Eastern Time.  Please know that we are only able to provide the status of this request.  We can't verbally disclose further information related to the records and/or information provided.

**We are not processing payments at this time. If you sent in a prepayment, your check has been documented as received and was destroyed. If you sent in cash as a prepayment, the cash has been converted to a money order and returned to you under separate cover. If you sent in a money order as a prepayment, the money order has been returned to you under separate cover.**

Please notify our office immediately of any email address changes to avoid electronic delivery delays for future productions.

Sincerely,

National Subpoena Processing

JPMorgan Chase Bank, N.A. Member FDIC
SUBP145

GOV_010166

## CERTIFICATION OF DOMESTIC RECORDS
## OF REGULARLY CONDUCTED ACTIVITY
**Pursuant to Fed. R. Evidence 902(11)**

The undersigned declarant hereby declares, certifies, verifies or states the following:

1.  The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2.  The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as:

3.  The records are originals or duplicate copies of domestic (United States) business records;

4.  The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5.  The records were kept in the course of a regularly conducted business activity; and

6.  The records were made by the regularly conducted business activity as a regular practice.

***I hereby declare, certify, verify or state, under penalty of perjury, that the foregoing is true and correct.***

*Jarid Seemann*
Signature of Declarant

Jarid Seemann
Printed Name

Custodian of Records
Title

KeyBank National Association
Company Name

4900 Tiedeman Road, Brooklyn, OH 44144
Business Address

10/30/2024
Date of Declaration / Execution

2023R00962-046



**KeyBank**

(OH-01-49-3001)
4900 Tiedeman Rd.
Brooklyn, OH 44144

*Records for:  01-01-2020 to present*

| # of Pages | Description of Records |
|---|---|
| 9 | DDA 323241003223 from 10-31-2022 (opened) to 12-27-2022 (closed) In the name of Drewsamel Group LLC Statements- 8 pages Deposits- 1 page Checks- NONE Withdrawals- NONE Wires- NONE Credit & Debit Memos- NONE Bank Checks- NONE |
| 7 | DDA 323241003231 from 10-31-2022 (opened) to 12-27-2022 (closed) In the name of Drewsamel Group LLC Statements- 6 pages Deposits- 1 page Checks- NONE Withdrawals- NONE Wires- NONE Credit & Debit Memos- NONE Bank Checks- NONE |
| 7 | DDA 323241003249 from 10-31-2022 (opened) to 12-27-2022 (closed) In the name of Drewsamel Group LLC Statements- 6 pages Deposits- 1 page Checks- NONE Withdrawals- NONE Wires- NON Credit & Debit Memos- NONE Bank Checks- NONE |
| 62 | Video- Out of retention period ID's- NONE 1099- NONE Applications- NONE IP- 18 pages Correspondence- Voice Recordings- NONE |



**KeyBank**

(OH-01-49-3001)
4900 Tiedeman Rd.
Brooklyn, OH 44144

| | |
|---|---|
| | Signature Cards- 44 pages |
| 85 | Total Pages |

GOV_089407

# CERTIFICATION OF DOMESTIC RECORDS
## OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to Fed. R. Evidence 902(11)

The undersigned declarant hereby declares, certifies, verifies or states the following:

1. The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as:

   KW Décor LLC
   XXXX 1169 (Provided KYC, ACH, CR, DB, STMT)
   XXXX1177 (Provided New card info)
   XXXX3381
   XXXX4801

3. The records are originals or duplicate copies of domestic (United States) business records;

4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5. The records were kept in the course of a regularly conducted business activity; and

6. The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify or state, under penalty of perjury, that the foregoing is true and correct.*

Cara Dupray    Digitally signed by Cara Dupray
               Date: 2025.02.13 15:20:56 -05'00'

_____
Signature of Declarant

Cara Dupray
_____
Printed Name

Operations Associate
_____
Title

M&T Bank
_____
Company Name

626 Commerce Drive Amherst, NY 14226
_____
Business Address

2/13/25
_____
Date of Declaration / Execution

2023R00962, CN08

GOV_089646

# CERTIFICATION OF DOMESTIC RECORDS
## OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to Fed. R. Evidence 902(11)

The undersigned declarant hereby declares, certifies, verifies or states the following:

1.  The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2.  The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as:

    802 pages and 8 digital media files

3.  The records are originals or duplicate copies of domestic (United States) business records;

4.  The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5.  The records were kept in the course of a regularly conducted business activity; and

6.  The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify or state, under penalty of perjury, that the foregoing is true and correct.*

*Lisa C. Vance*
Signature of Declarant

Lisa C. Vance
Printed Name

Subpoena Specialist
Title

Navy Federal Credit Union
Company Name

820 Follin Lane SE, Vienna, VA 22180
Business Address

May 30, 2024
Date of Declaration / Execution

2023R00962-048

# CERTIFICATION

I, Lauren Chounet, hereby certify that, to the best of my knowledge, information, and belief:

1. I am a Records Custodian for PNC Bank, National Association, a national banking association ("PNC").

2. As a Records Custodian, my responsibilities include identifying and authenticating records of PNC.

3. Attached to this certification is a record(s) of PNC ("Record(s)"), further identified in the attached inventory.

4. The Record(s) was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters (subject to any redactions I have made relating to certain Personal Identifiable Information); was kept in the course of a regularly conducted activity; and was made by the regularly conducted activity as a regular practice of PNC.

5. I declare under penalty of perjury that the forgoing is true and correct.

Date: 04/29/2024

*Lauren Chounet*

Records Custodian

GOV_089647

 **PNC BANK**

## INVENTORY - DVD

**Prepared by:**

Lauren Chounet
PNC Subpoena Processing
216-222-9989
Fax: 888-678-1472
Email: lauren.chounet@pnc.com

**Re: BRANDY MYCLIS**
**PNC Bank File: 2024-S0009660**

In response to your subpoena or other request for customer records,[1] PNC Bank has engaged in a search of bank records to identify responsive documents and/or information. Based on reasonable inquiry, to the best of PNC Bank's knowledge, information, and belief, following are the responsive documents:

| Name | Account Number | Documents Sent | Disc ID Number |
|---|---|---|---|
| CRYSTAL R BRASWELL | 4166946582 | STATEMENTS<br>DEPOSIT<br>NO CANCELED CHECKS<br>NO 1099<br>KYC<br>SIGNATURE CARD<br>CUSTOMER PROFILE | 2024-S0009660 |
| CRYSTAL R BRASWELL | 4182656462 | STATEMENTS<br>DEPOSITS<br>CANCELED CHECK<br>NO 1099<br>KYC-SAME AS ACCOUNT 6582<br>SIGNATURE CARD<br>CUSTOMER PROFILE-SAME AS ACCOUNT 6582 | 2024-S0009660 |
| CRYSTAL R BRASWELL | 4182656489 | STATEMENTS<br>DEPOSIT<br>NO CANCELED CHECKS<br>NO 1099<br>KYC-SAME AS ACCOUNT 6582<br>SIGNATURE CARD-SAME AS ACCOUNT 6462<br>CUSTOMER PROFILE-SAME AS ACCOUNT 6582 | 2024-S0009660 |

**Notice to Recipient: This** correspondence is addressed to the attorney, office, or individual that sent the above-referenced request or legal process item to PNC Bank. The enclosed/attached documents may contain highly sensitive and confidential financial or personal information. Please ensure that the attached materials relate to the PNC Bank customer(s) whose information is subject to this request. If you have received these attachments in error, please return to, or advise, the sender immediately. The sender may instruct you to destroy the enclosures/attachments.

[1]Subject to and without waiving any additional objections, PNC objects to the subpoena insofar as the requests therein do not provide sufficient information to formulate a response; are overly burdensome, harassing, costly, overly broad, could be satisfied by other, less burdensome or expensive sources, or request information previously provided; are relevant to the claims/defenses at issue in the action; require the production of confidential, private, proprietary, and/or protected information; fail to provide reasonable parameters (such as custodians, phone numbers, search teams, etc.) to identify responsive electronically stored information; and/or require PNC to incur expenses without the issuing party agreeing to bear those expenses. PNC objects to the subpoena insofar as the requests therein would require production of materials in violation of applicable law or regulation, and/or protected by applicable privilege or immunity. PNC objects to the subpoena insofar as it provides insufficient time for PNC to formulate responses, does not comply with applicable law, and/or was not served in accordance with applicable law. PNC's responses are limited to information/documents presently known, reasonably obtainable, and within PNC's possession. PNC reserves the right to supplement its responses to the subpoena.

GOV_089648



| | | | |
|---|---|---|---|
| CRYSTAL R BRASWELL | 4182656497 | STATEMENTS<br>NO DEPOSITS<br>NO CANCELED CHECKS<br>NO 1099<br>KYC-SAME AS ACCOUNT 6582<br>SIGNATURE CARD-SAME AS ACCOUNT 6462<br>CUSTOMER PROFILE-SAME AS ACCOUNT 6582 | 2024-S0009660 |
| JAAYLIN BEAVERS | PNC 3176359483<br>BBVA 6790968423 | STATEMENTS<br>NO DEPOSITS<br>NO CANCELED CHECKS<br>NO 1099<br>KYC<br>NO SIGNATURE CARD<br>CUSTOMER PROFILE | 2024-S0009660 |
| BMA STYLES LLC | 4166712639 | STATEMENTS<br>DEPOSITS<br>NO CANCELED CHECKS<br>NO 1099<br>KYC<br>SIGNATURE CARD<br>CUSTOMER PROFILES | 2024-S0009660 |
| JAAYLIN BEAVERS LIMITED LIABILITY CO | 4725279895 | STATEMENTS<br>DEPOSIT<br>CANCELED CHECK<br>NO 1099<br>KYC-SAME AS ACCOUNT 9483<br>SIGNATURE CARD<br>CUSTOMER PROFILE | 2024-S0009660 |
| JAAYLIN BEAVERS LIMITED LIABILITY CO | 4721285323 | STATEMENTS<br>DEPOSITS<br>NO CANCELED CHECKS<br>NO 1099<br>KYC-SAME AS ACCOUNT 9483<br>SIGNATURE CARD<br>CUSTOMER PROFILE-SAME AS ACCOUNT 9895 | 2024-S0009660 |
| SUTTONS TRANSPORTATIONS LLC | 3048259365 | STATEMENTS<br>DEPOSIT<br>NO CANCELED CHECKS<br>NO 1099<br>KYC<br>SIGNATURE CARD<br>CUSTOMER PROFILES | 2024-S0009660 |
| SUTTONS TRANSPORTATIONS LLC | 3048259373 | STATEMENTS<br>DEPOSIT<br>NO CANCELED CHECKS | 2024-S0009660 |

**Notice to Recipient:** This correspondence is addressed to the attorney, office, or individual that sent the above-referenced request or legal process item to PNC Bank. The enclosed/attached documents may contain highly sensitive and confidential financial or personal information. Please ensure that the attached materials relate to the PNC Bank customer(s) whose information is subject to this request. If you have received these attachments in error, please return to, or advise, the sender immediately. The sender may instruct you to destroy the enclosures/attachments.

[1]Subject to and without waiving any additional objections, PNC objects to the subpoena insofar as the requests therein do not provide sufficient information to formulate a response; are overly burdensome, harassing, costly, overly broad, could be satisfied by other, less burdensome or expensive sources, or request information previously provided; are relevant to the claims/defenses at issue in the action; require the production of confidential, private, proprietary, and/or protected information; fail to provide reasonable parameters (such as custodians, phone numbers, search teams, etc.) to identify responsive electronically stored information; and/or require PNC to incur expenses without the issuing party agreeing to bear those expenses. PNC objects to the subpoena insofar as the requests therein would require production of materials in violation of applicable law or regulation, and/or protected by applicable privilege or immunity. PNC objects to the subpoena insofar as the requests therein seek insufficient time for PNC to formulate responses, does not comply with applicable law, and/or was not served in accordance with applicable law. PNC's responses are limited to information/documents presently known, reasonably obtainable, and within PNC's possession. PNC reserves the right to supplement its responses to the subpoena.



| | | | |
|---|---|---|---|
| MAINTENANCE ACCOUNT | | NO 1099<br>KYC-SAME AS ACCOUNT 9365<br>SIGNATURE CARDS<br>CUSTOMER PROFILES-SAME<br>AS ACCOUNT 9365 | |
| SUTTONS TRANSPORTATIONS LLC SPENDING ACCOUNT | 3048259381 | STATEMENTS<br>DEPOSIT<br>NO CANCELED CHECKS<br>NO 1099<br>KYC-SAME AS ACCOUNT 9365<br>NO SIGNATURE CARD<br>CUSTOMER PROFILES-SAME<br>AS ACCOUNT 9365 | 2024-S0009660 |
| SUTTONS TRANSPORTATIONS LLC | 3048256893 | STATEMENTS<br>DEPOSIT<br>NO CANCELED CHECKS<br>NO 1099<br>KYC-SAME AS ACCOUNT 9365<br>SIGNATURE CARD<br>CUSTOMER PROFILES-SAME<br>AS ACCOUNT 9365 | 2024-S0009660 |
| VEGA BUSINESS TECHNOLOGIES LTD | 4117808685 | STATEMENTS<br>DEPOSITS<br>NO CANCELED CHECKS<br>NO 1099<br>KYC-SAME AS ACCOUNT 6582<br>SIGNATURE CARD<br>CUSTOMER PROFILE | 2024-S0009660 |
| NO ACCOUNTS LOCATED FOR OTHER INDIVIDUALS & ENTITIES LISTED IN SUBPOENA. | | | |

**The enclosed DVD is encrypted and requires a passphrase to access. For security purposes, you will receive the passphrase under separate cover.**

Please be advised that many records that are kept by PNC Bank are scheduled for destruction in the ordinary course of business. Because PNC Bank has provided you with copies of the enclosed records in response to your request, PNC Bank will no longer take any action to preserve the documents beyond the regularly scheduled destruction date.

**Notice to Recipient:** This correspondence is addressed to the attorney, office, or individual that sent the above-referenced request or legal process item to PNC Bank. The enclosed/attached documents may contain highly sensitive and confidential financial or personal information. Please ensure that the attached materials relate to the PNC Bank customer(s) whose information is subject to this request. If you have received these attachments in error, please return to, or advise, the sender immediately. The sender may instruct you to destroy the enclosures/attachments.

[1]Subject to and without waiving any additional objections, PNC objects to the subpoena insofar as the requests therein do not provide sufficient information to formulate a response; are overly burdensome, harassing, costly, overly broad, could be satisfied by other, less burdensome or expensive sources, or request information previously provided; are relevant to the claims/defenses at issue in the action; require the production of confidential, private, proprietary, and/or protected information; fail to provide reasonable parameters (such as custodians, phone numbers, search teams, etc.) to identify responsive electronically stored information; and/or require PNC to incur expenses without the issuing party agreeing to bear those expenses. PNC objects to the subpoena insofar as the requests therein would require production of materials in violation of applicable law or regulation, and/or protected by applicable privilege or immunity. PNC objects to the subpoena insofar as it provides insufficient time for PNC to formulate responses, does not comply with applicable law, and/or was not served in accordance with applicable law. PNC's responses are limited to information/documents presently known, reasonably obtainable, and within PNC's possession. PNC reserves the right to supplement its responses to the subpoena.

Regions Bank
Legal Department
1900 5th Avenue North
23rd Floor
Birmingham, AL  35203



IN THE MATTER OF

**Andrew Coleman; Jonathan Anderson; LeShea Moore; Bobby Summe
United States District Court Southern District
2023R00962; 2023R00962-050; R24FLS11005–A2635**

## Certificate of Origin and Authenticity

The attached records, identified within the requested timeframe of 01/01/2020 to 04/24/2024, are described as follows:

**sigall.pdf – Signature Cards
sigall2_A.pdf – Signature Cards
sigall2_B.pdf – Signature Cards
0932.zip – Statements 0932 Deposits
0940.zip – Statements 0940 Deposits
2930.zip – Statements 2930 Deposits
2949.zip – Statements 2949 Withdrawals Checks
2957.zip – Statements 2957
3198.zip – Statements 3198 Deposits
3522.zip – Statements 3522 Deposits
5133.zip – Statements 5133 Deposits
6439.zip – Statements 6439 Deposits
6629.zip – Statements 6629 Deposits
wires9817.pdf – Statements 9817 Deposits Checks
1026.zip – Statements Deposits 1026
6602.zip – Statements Deposits 6602
6610.zip – Statements Deposits 6610
7384.zip – Statements Deposits 7384
0035.zip – Statements Deposits Checks Withdrawals 0035
wiresall2.pdf – Wires
nowiresall.pdf – Accounts without responsive wires**

Regions Bank ("Regions"), regularly creates and maintains statements of account for accounts reflected on its records.  Those statements are maintained and stored in computerized form.  Checks, deposits and other items documenting specific transactions within the individual deposit accounts reflected on Regions' records are maintained in electronic format or copied onto microfilm and maintained and stored in that format.  Signature cards, account maintenance documents, correspondence and other documents as Regions may from time to time collect relating to the accounts reflected on Regions' records are maintained and stored in microfilm, original paper form, electronically or some combination thereof.  Together, each of the computerized statements of account, microfiche copies and paper records regarding accounts reflected on Regions' records constitute original entries into Regions' business records.  Those entries are made by employees of Regions Bank in the regular and usual course of Regions' trade or business and in the regular and usual course of their duties with respect thereto.

Correspondence, credit, collateral, and other general files consist of memoranda or records of acts, transactions, occurrences, or events related to the business of Regions Bank.  Such records are made by employees of Regions Bank in the regular and usual course of Regions' trade or business and in the regular and usual course of their duties with respect thereto.  Such records are made at the time of such acts, transactions, occurrences, or events, or within a reasonable time thereafter.

It is the regular and usual course of the business of Regions Bank to maintain copies of all items enclosed herewith, in and as a part of Regions' business records.  I am one of the persons designated to initiate and supervise searches of Regions' records for the purpose of making responses to legal process.  The search has been diligent and the records enclosed are believed to

SUB-053771

Restricted

GOV_013331

Regions Bank
Legal Department
1900 5th Avenue North
23rd Floor
Birmingham, AL 35203



be complete and to comply with the subpoena. They are true and accurate copies of the papers and records in the bank's files.



Digitally signed by Logan Hall
Date: 2024.06.25 13:42:35
-06'00'

Logan Hall
Legal Processing Section

SUB-053771

Restricted

GOV_013332

RE:  2023R00962-051

## TD Bank Records Certification

The undersigned declarant hereby declares, certifies and verifies the following:

1. The declarant is a records custodian, or other qualified person, who can provide a written declaration regarding the records of regularly conducted business activity, which are the subject of this certification;

2. The records are original or a true copy of the original records in the custody of TD Bank;

3. The records were produced at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters;

4. The records were kept in the course of a regularly conducted business activity of TD Bank; and

5. The records were produced by TD Bank as a regular practice.

*I hereby declare, certify and verify, under penalty of perjury, that the foregoing is true and correct.*

_____
Signature of Declarant

Mamie Drane
Research Clerk III
TD BANK, NA

    May 14, 2024

Internal

GOV_013931

# TD Bank

## Subpoena Research for
## Kevin Patterson etc

**Acct Owner:  PATTERSON TECH SOLUTIONS LLC**

Account Number: CK 4440646333                 Scope Requested     01-01-2020  to     05-03-2024

| Document | Comment | Documents Found | Reasons |
|---|---|---|---|
| Bank Affidavit | | Provided | |
| 1099's | | Not Provided | None Found |
| ATM Deposits | | Not Provided | None Found |
| Business Opening Documents | | Provided | |
| Check Copies | | Not Provided | None Found |
| Corporate Resolutions | | Provided | |
| Credit Cards | | Not Provided | None Found |
| Credit Memos | | Not Provided | None Found |
| Debit Card Activity Log | | Provided | |
| Debit Card Information | 4085404033270368 | Provided | |
| Debit Memos | | Not Provided | None Found |
| Deposit Tickets and Deposited Items | | Provided | |
| Loan Documents | | Not Provided | None Found |
| Money Orders | | Not Provided | None Found |
| POA/Trust Documents | | Not Provided | None Found |
| Purchased Bank Checks | Purchased, offset and paid copy | Not Provided | None Found |
| Signature Cards/Online Agreement | | Provided | |
| Statements | | Provided | |
| Wires | | Provided | |
| Withdrawal Tickets | | Provided | |
| Cardholder Info | | Not Provided | Purged Card |

Internal

# TD Bank

## Subpoena Research for
## Kevin Patterson etc

**Acct Owner:  PATTERSON TECH SOLUTIONS LLC**

Account Number: CK 4440646581                    Scope Requested     01-01-2020   to     05-03-2024

| Document | Comment | Documents Found | Reasons |
|----------|---------|-----------------|---------|
| Bank Affidavit | | Provided | |
| 1099's | | Not Provided | None Found |
| ATM Deposits | | Not Provided | None Found |
| Business Opening Documents | | Provided | |
| Check Copies | | Not Provided | None Found |
| Corporate Resolutions | | Provided | |
| Credit Cards | | Not Provided | None Found |
| Credit Memos | | Not Provided | None Found |
| Debit Card Activity Log | | Not Provided | None Found |
| Debit Card Information | | Not Provided | None Found |
| Debit Memos | | Not Provided | None Found |
| Deposit Tickets and Deposited Items | | Provided | |
| Loan Documents | | Not Provided | None Found |
| Money Orders | | Not Provided | None Found |
| POA/Trust Documents | | Not Provided | None Found |
| Purchased Bank Checks | Purchased, offset and paid copy | Provided | |
| Signature Cards/Online Agreement | | Provided | |
| Statements | | Provided | |
| Wires | | Not Provided | None Found |
| Withdrawal Tickets | | Provided | |
| Cardholder Info | | Not Provided | None Found |

GOV_013936

# TD Bank

## Subpoena Research for
## Kevin Patterson etc

**Acct Owner:  PATTERSON TECH SOLUTIONS LLC**

Account Number: CK 4440646705                                  Scope Requested     01-01-2020   to        05-03-2024

| Document | Comment | Documents Found | Reasons |
|---|---|---|---|
| Bank Affidavit | | Provided | |
| 1099's | | Not Provided | None Found |
| ATM Deposits | | Not Provided | None Found |
| Business Opening Documents | | Provided | |
| Check Copies | | Not Provided | None Found |
| Corporate Resolutions | | Provided | |
| Credit Cards | | Not Provided | None Found |
| Credit Memos | | Not Provided | None Found |
| Debit Card Activity Log | | Not Provided | None Found |
| Debit Card Information | | Not Provided | None Found |
| Debit Memos | | Not Provided | None Found |
| Deposit Tickets and Deposited Items | | Provided | |
| Loan Documents | | Not Provided | None Found |
| Money Orders | | Not Provided | None Found |
| POA/Trust Documents | | Not Provided | None Found |
| Purchased Bank Checks | Purchased, offset and paid copy | Not Provided | None Found |
| Signature Cards/Online Agreement | | Provided | |
| Statements | | Provided | |
| Wires | | Not Provided | None Found |
| Withdrawal Tickets | | Not Provided | None Found |
| Cardholder Info | | Not Provided | None Found |

Internal



FIU – Fulfillment Services
P.O. BOX 620577
Orlando, FL 32862-0577
886-97-01-76

Date: June 24, 2024

SA. SCOTT MCNEIL
1700 NORTH STATE ROAD 7
LAUDERHILL, FL 33313

**RE:**      SIMPSON, MARLON ET AL
SS-195569

☐ Enclosed please find the bank documents and/or video responsive to the subpoena.
☒ Enclosed please find partial bank documents in response to the Subpoena. The remaining
documents to follow.
☐ CD password(s) will be mailed or faxed separately from CD(s). The disk(s) and/or password(s)
may arrive within 2-3 days of each other.
☐ Signature card/Corporate Resolution not on file.
☐ The requested information is beyond the records retention period (7 years- Statements, Checks &
Deposits, 5 years- Wire transfers, 5 years- CTR).
☐ The requested information is beyond the video retention period for this branch/ ATM.
☐ Account closed prior to requested date range.
☐ Invalid Account Number(s) / Invalid SSN.
☐ Based upon the information provided, we are unable to locate records for the designated person or
entity.
☐ Designated person or entity cannot be confirmed. Please provide additional information via fax
844-234-9280 and we will renew our search (i.e., SSN, TIN, Account #, Address).
☐ OTHER –
………………………………………………………………………………………………………

*Truist Financial cannot comply with the Subpoena for Improper Service:*
☐ District of Columbia: The subpoena must be served personally at any Truist Financial or by
certified mail.
☐ Maryland: The subpoena must be served personally at any Truist Financial or by certified mail.
☐ Virginia: Subpoena must be served personally on the registered agent or at any Truist
Financial.
☐ Incorrect bank served, should be served on _____.
☐ Other _____
………………………………………………………………………………………………………

☐ *Truist Financial does not hold any records for this individual(s). However, you may attempt*
*to contact separate entities of the Truist family of companies.*

This request has been processed by Truist Financial FIU-Fulfillment Services Jeremy Marin at
(407) 762-7118

GOV_014123



FIU-Fulfillment Services
P.O. Box 620577
FL-ORL-7136
Orlando, FL 32809

RE: SIMPSON, MARLON ET AL

**CERTIFICATION OF BANK RECORDS**

I, Jeremy Marin do hereby certify under penalties and perjury that I am the custodian of records for Truist Financial and that the attached documents are true and accurate copies of our business records, maintained, and/or prepared by our company.

It is further certified that the records were made at or near the time of the occurrence of the matters set forth by a person with knowledge of those matters.  The records were made and kept in the course of regularly conducted business activity and it is a regular practice of our company to make and keep such records.

_____
Signature

6/24/2024
Date

GOV_014124

## CERTIFICATION OF DOMESTIC RECORDS
## OF REGULARLY CONDUCTED ACTIVITY
**Pursuant to Fed. R. Evidence 902(11)**

The undersigned declarant hereby declares, certifies, verifies or states the following:

1.  The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2.  The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as:

    34339886, 34339815

3.  The records are originals or duplicate copies of domestic (United States) business records;

4.  The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5.  The records were kept in the course of a regularly conducted business activity; and

6.  The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify or state, under penalty of perjury, that the foregoing is true and correct.*

Signature of Declarant

Printed Name: Nicole Rivera

Title: Research

Company Name: Tristco Bank

Business Address: 1030 N Renald Reagan Blvd Longwood FL 32750

Date of Declaration / Execution: 2/5/25

LESLY JEAN-LOUIS
Notary Public - State of Florida
Commission # HH 263458
My Comm. Expires May 11, 2026
Bonded through National Notary Assn.

2023R00962-053



GOV_089652

US Bank National Association
Corporate Legal Department
800 Nicollet Mall
BC-MN-H21P
Minneapolis, MN  55402



usbank.com

**Via Email**

May 7, 2024

Homeland Security Investigations
Attn: Special Agent Scott McNeil
1700 North State Road 7
Lauderhill, FL 33313
Scott.m.mcneil@hsi.dhs.gov

Re:     Subpoena – Case #: 2023R00962-054
        U.S. Bank File #: S2024-05724

Dear SA McNeil:

I am writing on behalf of U.S. Bank National Association in response to a Subpoena served in connection with the above referenced matter.

Enclosed are copies of records for the following for the time period of January 2020 (or the account opening date) through the Present (or the account closing date):

- Bank signature card, monthly statements, items and wire information for checking account 130128031452 in the name of DMG FOOD CO.
- Bank signature card, monthly statements and items for checking account 130128031460 in the name of DMG FOOD CO.
- Bank signature card, monthly statements and items for checking account 157530375441 in the name of WILLOWS NEST LLC.
- Bank signature card, monthly statements and items for checking account 157530375458 in the name of WILLOWS NEST LLC.
- Bank signature card, monthly statements, items and wire information for checking account 152320927485 in the name of JAYLEN LOGISTICS LLC.
- Bank signature card, monthly statements and items for checking account 130128629784 in the name of MEITEC ELECTRICAL INC.
- Bank signature card, monthly statements and items for checking account 130128362238 in the name of BGS MECHANICAL LLC.
- Account opening information and monthly statements for savings account 253477193382 in the name of WILLOWS NEST LLC.
- Account opening information and monthly statements for savings account 253477193390 in the name of WILLOWS NEST LLC.
- IP log information for user id BDGREEN1223 in the name of DMG FOOD CO / DEBORAH GREEN, BDWILLOW0711 in the name of WILLOWS NEST LLC / DIANA WILLOW and BKWATTS0408 in the name of MEITEC ELECTRICAL INC / KEVIN WATTS.

Please note, US Bank's retention for video and photo surveillance is 90 days prior to the present. If surveillance is requested, please provide a date, time, and transaction.

If you need any further assistance or have any questions, please do not hesitate to contact me.

Sincerely,

Britany Mitteness
Government Investigations Specialist
Ph: (612) 303-4729
britany.mitteness@usbank.com

## CERTIFICATION OF DOMESTIC RECORDS
## OF REGULARLY CONDUCTED ACTIVITY
**Pursuant to Fed. R. Evidence 902(11)**

The undersigned declarant hereby declares, certifies, verifies or states the following:

1.   The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2.   The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as:

3.   The records are originals or duplicate copies of domestic (United States) business records;

4.   The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5.   The records were kept in the course of a regularly conducted business activity; and

6.   The records were made by the regularly conducted business activity as a regular practice.

***I hereby declare, certify, verify or state, under penalty of perjury, that the foregoing is true and correct.***

_____
Signature of Declarant

Britany Mitteness
_____
Printed Name

Government Investigations Specialist
_____
Title

U.S. Bank NA
_____
Company Name

800 Nicollet Mall
Minneapolis, MN 55402
_____
Business Address

5/7/24
_____
Date of Declaration / Execution

2023R00962-054



Summons and Subpoenas Department
PO Box 1415 MAC #D1111-016
Charlotte, NC 28201
Voice: 480-724-2000

## BUSINESS RECORDS DECLARATION

I, Imari McGuire, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order.  Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced.   I certify that the attached records:

A)   Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B)   It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C)   The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 29413839

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Deposits with offsets | XXXXXX1755 | 8 | 8 |
| Deposits with offsets | XXXXXX3060 | 2 | 2 |
| Wire Automated | XXXXXX7893 | 3 | 3 |
| Signature Cards | XXXXXX2092 | 5 | 5 |
| Deposits with offsets | XXXXXX1493 | 46 | 46 |
| Wire Automated | XXXXXX3060 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Deposits with offsets | XXXXXX7893 | 4 | 4 |
| Checks/Debits | XXXXXX9572 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Signature Cards | XXXXXX1755 | 6 | 6 |
| Signature Cards | XXXXXX6758 | 2 | 2 |
| Signature Cards | XXXXXX9582 | 3 | 3 |
| Deposits with offsets | XXXXXX2865 | 69 | 69 |
| Checks/Debits | XXXXXX3086 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Deposits with offsets | XXXXXX0260 | 2 | 2 |
| Signature Cards | XXXXXX6864 | 6 | 6 |
| Statements | XXXXXX3052 | 17 | 17 |
| Wire Automated | XXXXXX2092 | 1 | 1 |
| Signature Cards | XXXXXX2865 | 2 | 2 |

Case No: 29413839; Agency Case No: 2023R00962055

GOV_018633

| Signature Cards | XXXXXX8963 | 4 | 4 |
|---|---|---|---|
| Deposits with offsets | XXXXXX6758 | 63 | 63 |
| Signature Cards | XXXXXX9572 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Statements | XXXXXX7893 | 21 | 21 |
| Statements | XXXXXX2865 | 50 | 50 |
| Checks/Debits | XXXXXX2865 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Statements | XXXXXX8963 | 18 | 18 |
| Wire Automated | XXXXXX3052 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Signature Cards | XXXXXX2931 | 1 | 1 |
| Statements | XXXXXX0260 | 12 | 12 |
| Signature Cards | XXXXXX3052 | 6 | 6 |
| Statements | XXXXXX7151 | 22 | 22 |
| Statements | XXXXXX3086 | 17 | 17 |
| Signature Cards | XXXXXX1493 | 5 | 5 |
| Signature Cards | XXXXXX0260 | 5 | 5 |
| Deposits with offsets | XXXXXX9572 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Statements | XXXXXX3060 | 17 | 17 |
| Deposits with offsets | XXXXXX6864 | 2 | 2 |
| Checks/Debits | XXXXXX3799 | 3 | 3 |
| Statements | XXXXXX6864 | 10 | 10 |
| Checks/Debits | XXXXXX2092 | 3 | 3 |
| Checks/Debits | XXXXXX1763 | 1 | 1 |
| Wire Automated | XXXXXX3799 | 4 | 4 |
| Deposits with offsets | XXXXXX9582 | 2 | 2 |
| Statements | XXXXXX9582 | 27 | 27 |
| Statements | XXXXXX6758 | 27 | 27 |
| Wire Automated | XXXXXX7151 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Statements | XXXXXX2931 | 233 | 233 |
| WFF Statements | XXXXXXXXXXXX2716 | 34 | 34 |
| Wire Automated | XXXXXX9582 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Checks/Debits | XXXXXX3052 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |

| | | | |
|---|---|---|---|
| Signature Cards | XXXXXX3060 | 6 | 6 |
| Wire Automated | XXXXXX2865 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Wire Automated | XXXXXX6864 | 2 | 2 |
| Deposits with offsets | XXXXXX2092 | 57 | 57 |
| Wire Automated | XXXXXX1763 | 1 | 1 |
| Wire Automated | XXXXXX2931 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Deposits with offsets | XXXXXX3799 | 7 | 7 |
| Checks/Debits | XXXXXX2931 | 15 | 15 |
| WFF Application | XXXXXXXXXXXX2716 | 2 | 2 |
| Checks/Debits | XXXXXX7893 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Checks/Debits | XXXXXX7151 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Checks/Debits | XXXXXX1493 | 12 | 12 |
| Wire Automated | XXXXXX0260 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Signature Cards | XXXXXX1763 | 6 | 6 |
| Statements | XXXXXX1493 | 208 | 208 |
| Checks/Debits | XXXXXX1755 | 2 | 2 |
| Checks/Debits | XXXXXX6864 | 1 | 1 |
| Checks/Debits | XXXXXX9582 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Statements | XXXXXX9572 | 8 | 8 |
| Wire Automated | XXXXXX8963 | 1 | 1 |
| Deposits with offsets | XXXXXX7151 | 2 | 2 |
| Statements | XXXXXX3799 | 18 | 18 |
| Signature Cards | XXXXXX7151 | 6 | 6 |
| Checks/Debits | XXXXXX0260 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Wire Automated | XXXXXX3086 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Wire Automated | XXXXXX9572 | 1 | 1 |
| Deposits with offsets | XXXXXX8963 | 2 | 2 |
| Wire Automated | XXXXXX6758 | 0 | 0 |

Case No: 29413839; Agency Case No: 2023R00962055

GOV_018635

Unable to locate records with the information provided.

| | | | |
|---|---|---|---|
| Wire Automated | XXXXXX1755 | 3 | 3 |
| Deposits with offsets | XXXXXX3086 | 11 | 11 |
| Signature Cards | XXXXXX3086 | 6 | 6 |
| Statements | XXXXXX1763 | 25 | 25 |
| Signature Cards | XXXXXX7893 | 6 | 6 |
| Deposits with offsets | XXXXXX3052 | 2 | 2 |
| Deposits with offsets | XXXXXX1763 | 2 | 2 |
| Signature Cards | XXXXXX3799 | 6 | 6 |
| Checks/Debits | XXXXXX6758 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Wire Automated | XXXXXX1493 | 39 | 39 |
| Deposits with offsets | XXXXXX2931 | 234 | 234 |
| Checks/Debits | XXXXXX3060 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Statements | XXXXXX2092 | 105 | 105 |
| Checks/Debits | XXXXXX8963 | 2 | 2 |
| | **Total Copies Delivered:** | | **1,561** |

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of Florida that the foregoing is true and correct according to my knowledge and belief.   Executed on this 16th day of May, 2024, in the City of Charlotte, State of NORTH CAROLINA.

Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

## CERTIFICATION OF DOMESTIC RECORDS
## OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to Fed. R. Evidence 902(11)

The undersigned declarant hereby declares, certifies, verifies or states the following:

1.  The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2.  The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as:

3.  The records are originals or duplicate copies of domestic (United States) business records;

4.  The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5.  The records were kept in the course of a regularly conducted business activity; and

6.  The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify or state, under penalty of perjury, that the foregoing is true and correct.*

*Norma J. Fisher*
Signature of Declarant

Norma J. Fisher
Printed Name

Records Custodian
Title

WesBanco Bank Inc.
Company Name

One Bank Plaza, Wheeling, WV 26003
Business Address

5/1/2024
Date of Declaration / Execution

2023R00962-056

**CERTIFICATION OF DOMESTIC RECORDS**
**OF REGULARLY CONDUCTED ACTIVITY**
Pursuant to Fed. R. Evidence 902(11)

The undersigned declarant hereby declares, certifies, verifies or states the following:

1.  The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2.  The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as:

    *Deposit Account # 101139253*

3.  The records are originals or duplicate copies of domestic (United States) business records;

4.  The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5.  The records were kept in the course of a regularly conducted business activity; and

6.  The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify or state, under penalty of perjury, that the foregoing is true and correct.*

_____
Signature of Declarant

NATHANIEL A. JORDAN
Printed Name

SENIOR CORPORATE COUNSEL
Title

Westfield BANK, FSB
Company Name

4940 Enterprise Parkway, Seville, OH 44273
Business Address

2-14-2025
Date of Declaration / Execution

2023R00962-057



Wise US Inc
30 W 26th Street, Floor 6
New York, NY 10010
www.wise.com, email: police@wise.com

## RECORD CERTIFICATION

1. I, Felipe Palma, am a duly authorised custodian of records of Wise US Inc. with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit pertaining to the subpoena issued on April 22nd, 2024, Ref: 2023R00962-058.

2. I hereby certify that the documents submitted herewith are the original records or duplicates of original records in our possession and control that are specified in the aforementioned subpoena.

3. The records attached to the response to the subpoena were made and kept in the course of regularly conducted business activity, and it was the regular practice of this company's regularly conducted business activity to make such records.

4. The records were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters.

I hereby declare under penalty of perjury that the foregoing is true and correct.


*Felipe Palma*

Felipe Palma
Compliance Specialist
Wise US Inc.

Signed this 7th of May 2024

Data contained herein have been produced and processed from sources and systems believed to be reliable, no warranty, expressed or implied, is made regarding accuracy, adequacy, completeness, legality, reliability or usefulness of any information. This disclaimer applies to both isolated and aggregate uses of the information. The information is provided on an "as is" basis

**⚡WISE**

Wise US Inc
30 W 26th Street, Floor 6
New York, NY 10010
www.wise.com, email: police@wise.com

<u>VIA EMAIL</u>
**Scott M McNeil**
**Special Agent/Acting Group Supervisor**
**Homeland Security Investigations El Dorado Task Force South – Fort Lauderdale**
**Email: scott.m.mcneil@hsi.dhs.gov**

May 7, 2024

RE: Subpoena

Ref: **2023R00962-058**

Wise is the trading name of Wise US Inc, which is a licensed money transmitter in most States (https://wise.com/us/state-licenses), with a registered address at 30 W 26th St, New York, NY 10010.

The following information is provided in response to the Subpoena issued to Wise US Inc., on **April 22**, 2024, by **Quinshawna Landon**, **Assistant United States Attorney, U.S. Department of Justice, United States Attorney, Southern District of Florida**.

The requirements of the Subpoena may be satisfied by furnishing the requested information/documents to **Special Agent Scott M McNeil**, via email to **scott.m.mcneil@hsi.dhs.gov**.

**AUSA Quinshawna Landon** requests production of records by May 16, 2024, in connection with an ongoing investigation.

Identified Wise customer matching with the subject details provided in the Subpoena:
-     **JAD CONSORTIUM LLC** and **ABOVE SEA LEVEL LLC** registered with Wise membership number **P44335695**, signatory account holder **Jonathan Anderson.**

**AUSA Quinshawna Landon**, seeks any and all transfer records, profile information, transaction history, account opening documents, correspondence records, all activity logs and IP addresses used from January 1st, 2020, through present.

At the request **AUSA Quinshawna Landon**, we exhibit –

Information associated to **JAD CONSORTIUM LLC** and **ABOVE SEA LEVEL LLC** (Wise membership number **P44335695**), signatory account holder **Jonathan Anderson**:
W01 - **P44335695_**Account information
W02 - **P44335695_**KYC information
W03 - **P44335695_**IP session information
W04 - **P44335695_**Transaction information
W05 - **P44335695_**Customer correspondence information

I confirm that it is not our policy to inform account holders of investigations.

Respectfully,

Felipe Palma
Compliance Specialist
Wise US Inc

Data contained herein have been produced and processed from sources and systems believed to be reliable, no warranty, expressed or implied, is made regarding accuracy, adequacy, completeness, legality, reliability or usefulness of any information. This disclaimer applies to both isolated and aggregate uses of the information. The information is provided on an "as is" basis

GOV_021089

## CERTIFICATION OF DOMESTIC RECORDS
## OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to Fed. R. Evidence 902(11)

The undersigned declarant hereby declares, certifies, verifies or states the following:

1.  The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2.  The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as:

**\*\*Please see Attachment A\*\***

3.  The records are originals or duplicate copies of domestic (United States) business records;

4.  The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5.  The records were kept in the course of a regularly conducted business activity; and

6.  The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify or state, under penalty of perjury, that the foregoing is true and correct.*

Signature of Declarant

W. Jeffrey Levi
Printed Name

Sr. Vice President
Title

Woodforest National Bank
Company Name

25231 Grogans Mill Rd The Woodlands, TX 77380
Business Address

02/11/2025
Date of Declaration / Execution

2023R00962-059

## <u>CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)</u>

I, _____Dilkushi Navini Turner_____, attest, under penalties of perjury by the laws
<span style="font-style:italic">Name</span>

of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in

this certification is true and correct.  I am employed by _____Encore
<span style="font-style:italic">Entity</span>

Management ("the entity"), and my title is _____Rental Property Manager_____.  I am qualified
<span style="font-style:italic">Title</span>

to authenticate the records attached hereto because I am familiar with how the records were

created, managed, stored, and  retrieved.  I state that the records attached hereto are true

duplicates of the original records in the custody of the provider.  The attached records consist

of _____Application Documentation, Lease Documentation, Access Control
<span style="font-style:italic">Generally describe records (pages/CDs or DVDs/megabytes)</span>

Records, Vehicle Information etc._____.  I

further state that:     a.      all records attached to this certificate were made at or near the time of the

occurrence of the matter set forth by, or from information transmitted by, a person with

knowledge of those matters, they were kept in the ordinary course of the regularly conducted

business activity of the entity, and they were made by the entity as a regular practice; and

b.      such records were generated by the entity's electronic process or system that

produces an accurate result, to wit:

1.      the records were copied from electronic device(s), storage medium(s), or

file(s) in the custody of the entity in a manner to ensure that they are true duplicates of the

original records; and

2.      the process or system is regularly verified by the entity, and at all times

pertinent to the records certified here the process and system functioned properly and normally.

GOV_021371

I further state that this certification is intended to satisfy Rules 902(11) and 902(13)

of the Federal Rules of Evidence.  2022R00571-007

05/06/2024



_____        _____

GOV_021372

## CERTIFICATION OF APPLE INC. CUSTODIAN OF RECORDS

I, Patricia Mumford, hereby declare:

1.      I am employed by Apple Inc. and my official title is Legal Specialist. I am a duly authorized Custodian of Records, or other qualified witness for Apple Inc. ("Apple") located in Cupertino, California.  As such I have the authority to certify these records, APL000001_APPLE_CONFIDENTIAL and  APLiC000001 through APLiC0000010 produced September 16, 2024 in response to the legal process served on Apple on August 29, 2024.  I am authorized to submit this declaration on behalf of Apple.

2.      Each of the records produced is the original or a duplicate of the original record in the custody of Apple Inc.

3.      With respect to the records contained in APL000001_APPLE_CONFIDENTIAL, these records were:

> a.   made at or near the time by, or from information transmitted by, someone with knowledge or from a process or system that produces an accurate result, the accuracy of which is regularly verified by Apple;
>
> b.   kept in the course of a regularly conducted activity of Apple's business; and
>
> c.   made as part of a regular practice of the activity of Apple's business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:  September 16, 2024                    **APPLE INC.**

By:  /s/ Patricia Mumford

Name:  Patricia Mumford

Title:  Legal Specialist, Apple Inc.

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Sherin Kassem, certify:

1.  I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2.  I have reviewed the records produced by Meta on October 12, 2024 in this matter in response to the Subpoena received on September 19, 2024. The records include search results for Basic Subscriber Information, IP Address Logs, Other Content and records for the account with identifier 579638765.

3.  The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4.  I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

Date: October 12, 2024

*Sherin Kassem*

Sherin Kassem
Custodian of Records

**Meta**

GOV_028928

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Sherin Kassem, certify:

1.  I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2.  I have reviewed the records produced by Meta on October 12, 2024 in this matter in response to the Subpoena received on September 19, 2024. The records include search results for Basic Subscriber Information, IP Address Logs, Other Content and records for the account with identifier 15859884406.

3.  The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4.  I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

*Sherin Kassem*

Sherin Kassem
Custodian of Records

Date: October 12, 2024

**Meta**

GOV_028929

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Sherin Kassem, certify:

1.  I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2.  I have reviewed the records produced by Meta on October 12, 2024 in this matter in response to the Subpoena received on September 19, 2024. The records include search results for Basic Subscriber Information, IP Address Logs, Other Content and records for the account with identifier 616161679.

3.  The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4.  I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.


*Sherin Kassem*                                                    Date: October 12, 2024

Sherin Kassem
Custodian of Records

**Meta**

GOV_028930

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Sherin Kassem, certify:

1. I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2. I have reviewed the records produced by Meta on October 12, 2024 in this matter in response to the Subpoena received on September 19, 2024. The records include search results for Basic Subscriber Information, IP Address Logs, Other Content and records for the account with identifier 6055286520.

3. The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4. I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

*Sherin Kassem*

Sherin Kassem
Custodian of Records

Date: October 12, 2024

**Meta**

GOV_028931

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Sherin Kassem, certify:

1.  I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2.  I have reviewed the records produced by Meta on October 12, 2024 in this matter in response to the Subpoena received on September 19, 2024. The records include search results for Basic Subscriber Information, IP Address Logs, Other Content and records for the account with identifier 44657243609.

3.  The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4.  I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

*Sherin Kassem*

Sherin Kassem
Custodian of Records

Date: October 12, 2024

**Meta**

GOV_028932

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Sherin Kassem, certify:

1.  I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2.  I have reviewed the records produced by Meta on October 12, 2024 in this matter in response to the Subpoena received on September 19, 2024. The records include search results for Basic Subscriber Information, IP Address Logs, Other Content and records for the account with identifier 50836716479.

3.  The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4.  I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.


*Sherin Kassem*                                    Date: October 12, 2024

Sherin Kassem
Custodian of Records


**Meta**

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Sherin Kassem, certify:

1.  I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2.  I have reviewed the records produced by Meta on October 12, 2024 in this matter in response to the Subpoena received on September 19, 2024. The records include search results for Basic Subscriber Information, IP Address Logs and records for the account with identifier 61557716700794.

3.  The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4.  I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

Date: October 12, 2024

*Sherin Kassem*

Sherin Kassem
Custodian of Records

**Meta**

GOV_028934

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Sherin Kassem, certify:

1.  I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2.  I have reviewed the records produced by Meta on October 12, 2024 in this matter in response to the Subpoena received on September 19, 2024. The records include search results for Basic Subscriber Information, IP Address Logs, Other Content and records for the account with identifier 1654914784.

3.  The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4.  I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

Date: October 12, 2024

*Sherin Kassem*

Sherin Kassem
Custodian of Records

**Meta**

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Sherin Kassem, certify:

1. I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2. I have reviewed the records produced by Meta on October 12, 2024 in this matter in response to the Subpoena received on September 19, 2024. The records include search results for Basic Subscriber Information, IP Address Logs and records for the account with identifier 100080607690861.

3. The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4. I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

Date: October 12, 2024

*Sherin Kassem*

Sherin Kassem
Custodian of Records

**Meta**

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Sherin Kassem, certify:

1. I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2. I have reviewed the records produced by Meta on October 12, 2024 in this matter in response to the Subpoena received on September 19, 2024. The records include search results for Basic Subscriber Information, IP Address Logs and records for the account with identifier 1121708979.

3. The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4. I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.


*Sherin Kassem*
Date: October 12, 2024

Sherin Kassem
Custodian of Records


**Meta**

GOV_028937

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Sherin Kassem, certify:

1.  I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2.  I have reviewed the records produced by Meta on October 12, 2024 in this matter in response to the Subpoena received on September 19, 2024. The records include search results for Basic Subscriber Information, IP Address Logs and records for the account with identifier 100044588761363.

3.  The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4.  I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

Date: October 12, 2024

*Sherin Kassem*

Sherin Kassem
Custodian of Records

**Meta**

GOV_028938

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Sherin Kassem, certify:

1.  I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2.  I have reviewed the records produced by Meta on October 12, 2024 in this matter in response to the Subpoena received on September 19, 2024. The records include search results for Basic Subscriber Information, IP Address Logs, Other Content and records for the account with identifier 52780985025.

3.  The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4.  I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

Date: October 12, 2024

*Sherin Kassem*

Sherin Kassem
Custodian of Records

**Meta**

GOV_028939

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Sherin Kassem, certify:

1. I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2. I have reviewed the records produced by Meta on October 12, 2024 in this matter in response to the Subpoena received on September 19, 2024. The records include search results for Basic Subscriber Information, IP Address Logs, Other Content and records for the account with identifier 58685783806.

3. The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4. I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

*Sherin Kassem*

Sherin Kassem
Custodian of Records

Date: October 12, 2024

**Meta**

GOV_028940

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Sherin Kassem, certify:

1. I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2. I have reviewed the records produced by Meta on October 12, 2024 in this matter in response to the Subpoena received on September 19, 2024. The records include search results for Basic Subscriber Information, IP Address Logs, Other Content and records for the account with identifier 49819585098.

3. The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4. I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.


*Sherin Kassem*                                         Date: October 12, 2024

Sherin Kassem
Custodian of Records


**Meta**

GOV_028941

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Sherin Kassem, certify:

1. I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter "Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2. I have reviewed the records produced by Meta on October 12, 2024 in this matter in response to the Subpoena received on September 19, 2024. The records include search results for Basic Subscriber Information, IP Address Logs, Other Content and records for the account with identifier 44738313031.

3. The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4. I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.


*Sherin Kassem*

Sherin Kassem
Custodian of Records

Date: October 12, 2024

**Meta**

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Sherin Kassem, certify:

1. I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2. I have reviewed the records produced by Meta on October 12, 2024 in this matter in response to the Subpoena received on September 19, 2024. The records include search results for Basic Subscriber Information, IP Address Logs, Other Content and records for the account with identifier 6657503042.

3. The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4. I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

*Sherin Kassem*

Sherin Kassem
Custodian of Records

Date: October 12, 2024

**Meta**

GOV_028943

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Sherin Kassem, certify:

1.  I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2.  I have reviewed the records produced by Meta on October 12, 2024 in this matter in response to the Subpoena received on September 19, 2024. The records include search results for Basic Subscriber Information, IP Address Logs and records for the account with identifier 100007886799445.

3.  The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4.  I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

*Sherin Kassem*

Date: October 12, 2024

Sherin Kassem
Custodian of Records

**Meta**

GOV_028944